

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**FILED**

INFORMATION TECHNOLOGY )
INNOVATION, LLC, )
      Plaintiff, )
)
  vs. )
)
MOTOROLA, INC. and FREESCALE )
SEMICONDUCTOR, INC., )
      Defendants, )
      Counterclaim-Plaintiffs, )
      Third-Party-Plaintiffs, )
)
  vs. )
)
INFORMATION TECHNOLOGY )
INNOVATION, LLC, ROBERT W. )
ATHERTON, WILLIS E. HIGGINS, )
      Counterclaim-Defendants, )
)
and BROOKS AUTOMATION, INC., )
      Third-Party-Defendant. )

APR 1 1 2005  WH
APR 11 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 04 C 7121

Judge Matthew F. Kennelly

## THIRD-PARTY COMPLAINT OF FREESCALE SEMICONDUCTOR, INC.

Defendant, Counterclaim and Third-Party Plaintiff Freescale Semiconductor, Inc. asserts

the following Third-Party Complaint against Third-Party Defendant Brooks Automation, Inc.,

pursuant to Rule 14(a) of the Federal Rules of Civil Procedure.

1.     Freescale Semiconductor, Inc. ("Freescale") is a Delaware corporation with its

principal place of business in the State of Texas.

2.     Brooks Automation, Inc. ("Brooks") is a Delaware corporation with its principal

place of business in the State of Massachusetts.

3.     This Court has subject matter jurisdiction over Freescale's Third-Party Claims

pursuant to FED. R. CIV. P. 14 and 57 and 28 U.S.C. §§ 1367 and 2201.

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391.  In addition, venue is proper in this district because the Court has supplemental jurisdiction over Freescale's Third-Party Claims.

5.      Because Brooks regularly conducts business within this district by, and including, the sales of products that enter this district, the Court has personal jurisdiction over Brooks.

6.      In its AMENDED COMPLAINT FOR PATENT INFRINGEMENT (attached hereto as Exhibit 1), Plantiff, Information Technology Innovation, LLC ("ITI"), alleges that Freescale and Motorola, Inc. ("Motorola") have infringed U.S. Patent No. 4,796,194 ("the '194 patent") through the application and use of processes to model a semiconductor manufacturing plant.  In response to these allegations, Freescale filed an ANSWER TO AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF FREESCALE SEMICONDUCTOR, INC. (attached hereto as Exhibit 2) on March 30, 2005.

7.      Specifically, ITI alleges that the use of a software program known as "AutoSched" is covered by the '194 patent.

8.      Freescale and Motorola obtained the AutoSched software program from Brooks or its predecessors.

9.      Brooks has an obligation to indemnify Freescale and Motorola from any infringement claims asserted against the AutoSched software program.  To the extent that this obligation arose before Freescale obtained the assets of Motorola's Semiconductor Product Sector ("SPS") business in April 2004, any indemnity duties that Brooks owed to Motorola's SPS business have been transferred to Freescale.

10.     Under its indemnity obligations, Brooks has a duty, inter alia, to indemnify, assist in the defense of, and hold Freescale and Motorola harmless in this litigation, including a duty to

1) pay all costs and expenses, including attorneys' fees, incurred by Freescale and Motorola in connection with defending themselves in this lawsuit; and 2) pay all or part of any damages assessed against Freescale and Motorola in this lawsuit.

11.     To the extent not covered by agreement, Brooks has indemnity obligations and duties to Freescale and Motorola pursuant to the provisions of the Uniform Commercial Code or the common law.

## COUNT I -- DECLARATORY JUDGMENT

12.     The allegations of paragraphs 1 through 11 above are restated and incorporated by reference as though fully set forth herein.

13.     A dispute has arisen between Freescale and Brooks about the scope and extent of the indemnity obligations that Brooks owes Freescale and Motorola.  A declaratory judgment concerning these obligations to indemnify will resolve the controversy and eliminate the uncertainty that currently exists about the parties' respective rights and responsibilities in this regard.

14.     Pursuant to FED. R. CIV. P. 57 and 28 U.S.C. § 2201 et seq., Freescale is entitled to a declaratory judgment that Brooks has a duty to indemnify, assist in the defense of, and hold Freescale and Motorola harmless in this litigation, including a duty to 1) pay all costs and expenses, including attorneys' fees, incurred by Freescale and Motorola in connection with defending themselves in this lawsuit; and 2) pay all or part of any damages assessed against Freescale and Motorola in this lawsuit.

## COUNT II -- INDEMNITY

15.     The allegations of paragraphs 1 through 14 above are restated and incorporated by reference as though fully set forth herein.

16.     Freescale is entitled to all costs and expenses, including attorneys' fees, incurred by Freescale and Motorola in connection with defending themselves against ITI's claims in this lawsuit.

17.     To the extent that ITI should receive any judgment against Freescale or Motorola for damages, costs, or any other relief resulting from Freescale's or Motorola's use of the AutoSched software program, Freescale will be entitled to judgment against Brooks for indemnity for all or part of such damages, costs, and other relief awarded to ITI.

**WHEREFORE, Third-Party Plaintiff Freescale respectfully prays that the Court:**

A.     Enter a declaration that Brooks has a duty to indemnify, assist in the defense of, and hold Freescale and Motorola harmless in this litigation.

B.     Enter judgment for Freescale against Brooks on all claims raised in this Third-Party Complaint;

C.     Enter judgment that Freescale recover from Brooks all costs and expenses, including attorneys' fees, incurred by Freescale and Motorola in defending themselves against ITI's claims in this lawsuit and in connection with this Third-Party Complaint;

D.     To the extent that ITI should receive any judgment against Freescale or Motorola for damages, costs, or any other relief resulting from Freescale's or Motorola's use of the AutoSched software program, enter judgment that Freescale recover from Brooks all or part of such damages, costs, and other relief awarded to ITI;

E.     Enter judgment that Freescale recover pre-judgment interest at the maximum lawful rate on all sums awarded herein; and

F.     Grant Freescale such other and further relief to which it may be entitled.

April 11, 2005

Respectfully submitted,

FREESCALE SEMICONDUCTOR, INC.

By:_____

David L. Witcoff
Charles E. Juister
JONES DAY
77 West Wacker
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Michael J. Newton
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

**Attorneys for Freescale Semiconductor, Inc.
and Motorola, Inc.**

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INFORMATION TECHNOLOGY INNOVATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 04-C-7121 |
| v. | ) ) | Honorable Matthew F. Kennelly |
| | ) | Magistrate Judge Ashman |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| MOTOROLA, INC. and FREESCALE SEMICONDUCTOR, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Information Technology Innovation LLC, complains of Defendants Motorola, Inc. and Freescale Semiconductor, Inc.:

1.      This is a claim for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has exclusive jurisdiction over the subject matter under 28 U.S.C. § 1338(a).

2.      Information Technology Innovation LLC ("ITI") is an Illinois limited liability company with its principal place of business in Northbrook, Illinois.

3.      ITI has standing to sue for infringement of United States Patent No.4,796,194, "Real World Modeling and Control Process" ("the '194 Patent"). That Patent is Exhibit A to this Complaint.

4.      Motorola, Inc. is a corporation established under the laws of Delaware, with its headquarters at 1303 East Algonquin Road, Schaumburg, Illinois.

5.      Freescale Semiconductor, Inc. is a Delaware corporation that does business with Motorola. Freescale has an office in Austin, Texas, and semiconductor fabrication factories in a number of locations. According to its web site, Freescale distributes products through Arrow Electronics in Itasca, Illinois; Avnet Electronics in Arlington Heights, Illinois; Newark InOne in Lombard, Illinois; and Richardson Electronics in LaFox and Bensenville, Illinois.

6.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

7.      Motorola and Freescale have infringed the patent in suit through the application and use of processes to model a semiconductor manufacturing plant covered by at least claims 1 and 18 of the '194 Patent.

8.      The infringement has injured the plaintiff, and the plaintiff is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

9.      On information and belief, the infringement has been willful and deliberate and has injured and will continue to injure the plaintiff unless and until this Court enters an injunction prohibiting further infringement of the '194 Patent.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with it, granting the following relief:

A.      An award of damages adequate to compensate Plaintiff for the infringement that has occurred, together with prejudgment interest from the date infringement of the patent in suit began;

B.      Increased damages as permitted under 35 U.S.C. § 284;

2

C.    A finding that this case is exceptional and an award to Plaintiff of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D.    A permanent injunction prohibiting further infringement, inducement and contributory infringement of the patent in suit; and,

E.    Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Information Technology Innovation LLC demands a trial by jury on all issues so triable.

Information Technology Innovation LLC

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
William W. Flachsbart
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **AMENDED COMPLAINT**

**FOR PATENT INFRINGEMENT** was served upon the below-listed counsel of record by:

*__Hand Delivery__*                     David L. Witcoff
                                        Charles E. Juister
                                        Jones Day
                                        77 West Wacker Drive
                                        Chicago, Illinois 60601-1692
                                        Phone: 312-782-3939; Fax: 312-782-8585
                                        dwitcoff@jonesday.com
                                        cjuister@jonesday.com


*__Federal Express__*                   Michael J. Newton
                                        Jones Day
                                        2727 North Harwood Street
                                        Dallas, Texas 75201-1515
                                        Phone: 214-220-3939; Fax: 214-969-5100

on this _____ day of March, 2005.

# United States Patent [19]

## Atherton

[11] Patent Number: 4,796,194

[45] Date of Patent: Jan. 3, 1989

[54] **REAL WORLD MODELING AND CONTROL PROCESS**

[76] Inventor: Robert W. Atherton, 1694 Miller Ave., Los Altos, Calif. 94022

[21] Appl. No.: 898,131

[22] Filed: Aug. 20, 1986

[51] Int. Cl.⁴ ..................... G06F 15/46; G06F 15/24
[52] U.S. Cl. ........................... 364/468; 364/149;
364/156; 364/300; 364/478
[58] Field of Search ............ 364/468, 469, 474, 475,
364/478, 578, 401, 402, 403, 149–151, 156, 300,
513, 200 MS File, 900 MS File, 488–491;
235/376, 375, 385; 437/7, 8, 51

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,598,604 | 8/1971 | de Puy | 96/36.2 |
| 3,612,463 | 10/1971 | Knechel | 96/36.2 |
| 3,615,464 | 10/1971 | Benjamin et al. | 437/8 |
| 3,615,466 | 10/1971 | Sahni | 96/36.2 |
| 3,703,725 | 11/1972 | Gomersall et al. | 364/468 |
| 3,725,653 | 4/1973 | Carr et al. | 364/149 |
| 3,751,647 | 8/1973 | Maeder et al. | 364/150 X |
| 3,800,288 | 3/1974 | Russell et al. | 340/172.5 |
| 3,821,045 | 6/1974 | Wolfe | 156/3 |
| 3,839,781 | 10/1974 | Russell | 29/374 |
| 3,842,491 | 10/1974 | Depuy et al. | 29/380 |
| 3,882,305 | 5/1975 | Johnstone | 235/151.11 |
| 4,010,354 | 3/1977 | Apicella, Jr. et al. | 235/61.6 R |
| 4,027,246 | 4/1977 | Caccoma et al. | 235/151.1 |
| 4,131,472 | 12/1978 | MacDonald et al. | 96/38.3 |
| 4,237,598 | 12/1980 | Williamson | 364/474 X |
| 4,295,198 | 10/1981 | Copeland et al. | 364/491 X |
| 4,303,973 | 12/1981 | Williamson, Jr. et al. | 364/103 |
| 4,320,463 | 3/1982 | Himmelstein | 364/552 |
| 4,331,702 | 5/1982 | Hieber et al. | 427/10 |
| 4,383,296 | 5/1983 | Huff | 364/200 X |
| 4,441,207 | 4/1984 | Lougheed et al. | 364/490 X |
| 4,430,579 | 5/1984 | Nakashima et al. | 364/490 X |
| 4,454,585 | 6/1984 | Ele | 364/352 X |
| 4,459,663 | 7/1984 | Dye | 364/200 |
| 4,481,568 | 11/1984 | Linger et al. | 364/489 X |

### OTHER PUBLICATIONS

S. S. Panwalkar and W. Iskander, "A Survey of Sched-

uling Rules", *Operations Research*, vol. 25, No. 1, Jan.-.-Feb. 1977, pp. 45–61.

E. M. Dar-El and R. Karni, "A Review of Production Scheduling and its Applications in On–Line Hierarchical Computer Control Systems", in *On–Line Production Scheduling and Plant–Wide Control*, E. J. Compass & T. J. Williams (eds.) Tech. Publ. Co., Barrington, Ill., 1982, pp. 1–25.

(List continued on next page.)

*Primary Examiner*—Joseph Ruggiero
*Attorney, Agent, or Firm*—Flehr, Hohbach, Test, Albritton & Herbert

[57] **ABSTRACT**

A modeling and control process for distributed factories having fabrication sequences starts with a definition of how the factory actually operates, rather than a mathematical theory which ultimately leads to a definition of the plant operation. The process begins by delineating a set of factory operating rules which define how part lots interact with machines in actual operation of the factory. A dynamic model of the factory is selected from a group of specimen models for such factories. The model defines the factory by its machines, products, fabrication sequences, collections of job sets, scheduling rules, and machine reliability parameters. The parameters that describe the specific factory are determined and defined in terms of data structures of the individual factory model. The factory specific model contains descriptions of the dynamic interactions of lots and machines. The behavior of the factory can be simulated in detail. A comparison of such a simulation against actual observation of the factory can be used to refine the model. Because the process begins with a definition of how the factory actually operates, calculations for even very complex-factory simulations, such as integrated circuit fabrication facilities, are simplified so that small computers, such as personal computers, may be employed. The models and simulations can be made accurate enough to allow automatic computer control of the factory using the models and simulations.

**58 Claims, 6 Drawing Sheets**



EXHIBIT

A

**4,796,194**

Page 2

### OTHER PUBLICATIONS

T. E. Wollman, W. L. Berry and D. C. Whybark, Chapter 5, "Shop–Floor Control", and Chapter 13, "Advanced Concepts in Scheduling", in *Manufacturing Planning and Control Systems*, Dow Jones–Irwin, Homewood, Ill., 1984, pp. 113–145 and 373–403.

E. A. Elsayed and T. O. Boucher, Chapter 7, "Job Sequencing and Operations Scheduling" in *Analysis and Control of Production Systems*, Prentice Hall, Engelwood Cliffs, N.J., 1985, pp. 227–285.

S. K. Jain, "A Simulation–Based Scheduling and Management Information System for a Machine Shop", *Interfaces*, Nov., 1975, pp. 81–96.

J. E. Dayhoff and R. W. Atherton, "Simulation of VLSI Manufacturing Areas", *VLSI Design*, Dec. 1984, pp. 84–92.

D. P. Clemens and G. L. Castleman, "Distributed Computer Network Takes Charge in IC Facility", *Electronics*, Jun. 5, 1980, pp. 151–155.



FIGURE 1.



FIGURE 2.



FIGURE 3.



FIGURE 4.



FIGURE 5.



FIGURE 6.

4,796,194

**1**

## REAL WORLD MODELING AND CONTROL PROCESS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a process for the modeling and control of distributed factories which have fabrication sequences. It further relates to a class of sequenced-distributed-factory (SDF) dynamic models. It also relates to factory-specific models from the SDF class and to the use of such factory specific model to generate factory schedules and to control material movement and machine loadings in the factory. The invention further relates to a computer integrated manufacturing (CIM) system that includes a factory specific model for automatic control and to the use of SDF models for the design of CIM systems.

2. Description of the Prior Art

Most manufacturing plants or factories are distributed in that they consist of heterogeneous, unconnected workstations. The virtue of this factory design is that it provides adaptability to a varying product mix. The drawback is the resulting complexity of operations, management, and quality control.

A distributed manufacturing plant is capable of fabricating a variety of products through ordered-process sequences of process steps. Each process step can be performed by at least one workstation in the factory. Distributed factories are common in the manufacture of modern electronics products. Six types of distributed factories can be involved: wafer slicing, wafer fabrication, semiconductor-component assembly, circuit-board fabrication, circuit-board assembly, electronic-product assembly.

The archetype of a distributed factory is a wafer-fabrication plant, or "wafer fab," which may manufacture products simultaneously according to over one thousand processes, averaging over one hundred steps each. An example of wafer fabrication is described in detail below.

We are now in position to illustrate the complexity of distributed factories. For example, wafer fabrication factories with over one thousand fabrication sequences are known. Such a large collection of processes is difficult to represent in a drawing like a fab graph. Such a factory, however, can be described to a computer system.

The complexity of distributed factories is further illustrated by the existence of tens of thousands of fabrication sequences in a general class of distributed factory called a "job shop." The standard approach to describing the collection of sequences in a job shop is to surrender to the complexity and describe the product paths through the factory as being random. They are clearly not random, but only recently have computers provided the practical computational power to describe the highly-complex factories accurately.

The factory is a complex, data- and information-rich entity. A data structure with tens of thousands of parameters may be required merely to describe the factory. Furthermore, in operation a dynamic factory produces orders of magnitude more data describing the production flows. The sheer volume of information has made operation and control of distributed factories a major problem.

**2**

### MANAGING COMPLEXITY

Despite the large data volumes and the complexity of the problem, factory management and control is still accomplished primarily by manual methods with some assistance in scheduling from software called shop-floor controllers. The shop schedule is in practice determined by the decisions of various production supervisors or foremen, or in some cases by the workers themselves. These decisions are made more or less independently of one another on the basis of the information available to each foreman and in view of his own skills and objectives. The resulting shop schedules are not necessarily those that management would prefer.

Shop-floor schedulers have a very limited function. They attempt to pick the next lot to process from a queue at a work station. The choice typically depends heavily on the due date of the lot and processing time remaining. In general lots which are most behind schedule are given priority, and all lots in a queue may be ranked according to this priority function. The knowledge of the location lots in queues comes from a production tracking system.

There are two general types of shop-floor schedulers: infinite- and finite-loading. Infinite-loading methods are especially simplistic in that they do not consider work-station capacity. Instead a schedule is created using a standard wait time (queue time).

Finite-loading methods consider somewhat more information on the factory. They account for workstation capacity, and do not schedule more work than the workstation can accomplish. However, these techniques are not models and do not account for dynamic factory changes. Consequently, loading plans are typically accurate for at most two days, and then must be laboriously re-calculated.

In attempts to address the problem of optimal factory scheduling, a tremendous theoretical literature on production scheduling has been developed. The result of this work has been to establish that current factory practice is far from optimal and to define the degree of complexity of the factory management issues. Unfortunately, this work has not resulted in practical methods for factory control. In critical reviews, it is constantly re-iterated that all of these methods fail for factories with greater than about ten machines and ten lots.

On the other hand, the world is filled with real factories that operate, however, sub-optimally. Where theory has failed to provide solutions, factories run through thousands of ad-hoc decisions made on the factory floor. Thus, there exists a substantial need for improvement in modeling and control techniques so that they can be of more practical use.

Both scheduling theory and shop-floor loading schemes possess two major structural faults. First they are incapable of recognizing the details of individual factories. In practical scheduling problems, details of operation often determine success or failure. Secondly, both methodologies neglect the dynamic operation of the factory. Unfortunately, it is precisely through the consideration of operational dynamics that human factory managers achieve scheduling solutions.

An indication of the state of the art in modeling and manufacturing control is given by the following surveys: S. S. Panwalkar and W. Iskander, "A Survey of Scheduling Rules", Operations Research, Vol 25, No. 1, January-February 1977, pages 45-61; E. M. Dar-El and R. Karni, "A Review of Production Scheduling and its

4,796,194

3

Applications in On-Line Hierarchical Computer Control Systems," in On Line Production Scheduling and Plant-Wide Control, E. J. Compass and T. J. Williams (eds.), Tech. Publ. Co., Barrington, Ill., 1982, pages 1–25; T. E. Vollman, W. L. Berry and D. C. Whybark, Chapter 5, "Shoop-Floor Control", and Chapter 13, "Advanced Concepts in Scheduling", in Manufacturing Planning and Control Systems, Dow Jones-Irwin, Homewood, Ill., 1984, pages 113–145 and 373–403; E. A. Elsayed and T. O. Boucher, Chapter 7, "Job Sequencing and Operations Scheduling", in Analysis and Control of Production Systems, Prentice-Hall, Englewood Cliffs, N.J., 1985, pages 227–285.

In summary, the prior art approach to modeling and manufacturing control is to start with a theoretical mathematical treatment of the problem and work down to characterize the operation of factories. As a result, the above literature characterizes modeling and manufacturing control as a nonpolynomial (NP) complete problem, which is a measure of problem complexity. Such a characterization means that the run time of the problem increases faster than any polynomial. As a result, classical scheduling theory holds that further research is necessary before such techniques can be used for factories with greater than about ten machines and ten lots, far too low quantities to be useful in integrated circuit fabrication.

In contrast to the theory of sequencing and scheduling, simulation models of factories have been used as a means of schedule generation, and this approach is reviewed in the above literature. In general, schedule generation from models is not viewed as a feasible approach in this literature. The schedule is not meaningful unless the model is accurate. An accurate model is viewed as a labor-intensive special case which is useful for only its target factory. Furthermore, in implementation the model may require a long execution time, making its use in scheduling cumbersome.

One of the reported successes of this approach also illustrates these drawbacks (S. K. Jain, "A Simulation-Based Scheduling and Management Information System for a Machine Shop", Interface, November, 1975, pp. 81–96.) The factory was small: 35 machines, 80 jobs per week, an average of ten operations per job. The simulation developed for schedule generation was the result of intensive professional effort, and it was able to generate schedules no more frequently than eight hours. This slow scheduling response time was only adequate because of the long process times of that factory.

Therefore, both classical scheduling theory and standard simulation modeling have failed to meet the challenge of scheduling real factories. A fundamentally different approach is therefore required to make modeling and manufacturing control truly practical in such complex fabrication processes as are employed in integrated circuit fabrication.

As described above, wafer-fabrication factories are distributed factories with fabrication sequences. Models of wafer fabs have been developed by J. B. Dayhoff and R. W. Atherton, "Simulation of VLSI Manufacturing Areas", VLSI Design, December 1984, pages 84–92. This work focused on the queueing dynamics associated with queues for each distinct process operation (process-step queue). To that end, the dynamics treated in these models was severely restricted, and only strict process sequences were allowed. This prior work contributed to queuing theory, and was useful for theoretical studies of the dynamics of these non-standard

4

queues. In practice, however, such queues are secondary. The standard queue in factories is lots forming a waiting-line at a workstation (workstation queue). The earlier model does not treat workstation queues, and can not treat factory scheduling from such a queue. The factory scheduling rules discussed above all depend strongly on the attributes of individual lots. The earlier model, however, treats process-step queues, but not lots, as fundamental. Lots do not have identity, and key lot attributes such as due date and priority weight are not present. Thus, this model can not treat scheduling rules arising in theory or practice, can not be validated, and can not be used to generate schedules or control a factory.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a method for more tractable management and control of distributed factories having fabrication sequences.

It is another object of the invention to provide such a method which can be used with complex processes, such as integrated circuit manufacture, which require manufacturing plants having large numbers of machines and lots.

It is a further object of the invention to provide such a method which starts with an analysis of actual manufacturing plant operation, rather than a theoretical or mathematical approach.

It is still another object of the invention to provide a process for modeling a manufacturing plant which develops concrete descriptions of specific factories.

It is a still further object of the invention to provide such a modeling process which provides a dynamic model for a distributed factory which has a fabrication sequence.

It is yet another object of the invention to provide such a modeling process which will simulate the behavior of the factory in detail.

It is another object of the invention to provide such a modeling process in which the model is validated with actual operating data for the factory.

It is still another object of the invention to provide such a modeling process in which the model can be used to generate factory schedules using scheduling rules that are evaluated by the model prior to being implemented in the factory.

It is a further object of the invention to provide such a modeling process which characterizes factory operation accurately enough so that the model can be used for automatic control of the factory.

It is yet another object of the invention to provide such a modeling process with automatic control of the factory which includes a computer-integrated manufacturing production control system.

It is another object of the invention to provide such a modeling process that will provide sizing data for determining equipment and other resource needs for the factory.

The attainment of these and related objects may be achieved through use of the novel process for modeling and controlling a manufacturing plant herein disclosed. In one aspect of the invention, a modeling process in accordance with this invention includes delineating a set of factory operating rules which define how part lots interact with machines in actual operation of the plant. The manufacturing plant is defined by specifying machines in the plant and at least batch size and processing

5

time parameters of each machine. Products manufactured in the plant are defined. Fabrication sequences consisting of process steps are provided for the products manufactured in the plant. The process steps are assigned to the machines. At least time and yield characteristics of each process step are defined. Those phenomena in the manufacturing plant which are stochastic in nature are identified. Distributions and parameters of the distributions are assigned to the stochastic phenomena.

The model obtained by this process is used to simulate operation of the manufacturing plant. Predictions obtained with the simulation are compared with observed manufacturing trends in the plant. The comparison is used to refine choice of fundamental rules and parameters in the model.

The present invention provides an algorithm for factory description and specification. The algorithm develops concrete descriptions of specific factories. Described below is a class of dynamic models for distributed factories which have fabrication sequences. The first step in the algorithm is to choose one dynamic model from this class. In terms of this specimen model the factory is defined by its machines, products, fabrication sequences, collections of job sets, scheduling rules, and machine reliability parameters. The second step is to determine the parameters that describe the specific factory. These parameters are defined in terms of data structures of the individual factory model. The factory-specific model contains descriptions of the dynamic interactions of lots and machines; thus, the behavior of the factory can be simulated in detail. The third step is to simulate the dynamic behavior of the factory.

This invention provides a standard class of specimen models for distributed factories which have fabrication sequences. Members of this class are called sequenced-dynamic-factory (SDF) models. The class is defined by sets of fundamental rules for the definitions of fabrication sequence, queues, scheduling rules, batching, set-up times, yield, reliability, and other variables. A choice of rules from each set defines an individual model.

The invention provides factory-specific models for distributed factories which have fabrication sequences. A model describing actual operation of the factory is obtained. An individual model from the class above is chosen; the choice is based upon the match between the dynamic characteristics of the model and those of the factory. The parameters describing the factory's products, fabrication sequences, and machines are determined. The parameters describing such rules as equipment reliability are established from factory-specific production data provided (for example, by a computer-integrated manufacturing (CIM) production-control system that tracks lot movement, work in process, and equipment status). The model is validated by use of material movement data from the CIM system.

A factory-specific model obtained with this invention can overcome both of the objections to conventional scheduling theory and shop-floor loading schemes; it can treat the specific details of individual factories and it can consider complex information flows resulting from the dynamics of factory operation. Furthermore, the factory model can generate feasible schedules in the same way as successful factory managers.

The present invention provides the generation of factory schedules from the factory-specific models for distributed factories which have fabrication sequences. The schedule lists lot movements and machine loadings.

6

The factory-specific model contains the scheduling rules of the factory and it simulates the detailed behavior in time of the factory. After initialization with the state of the factory, the simulation calculates and lists the lot movement and machine loadings for the indicated planning horizon. Furthermore, the scheduling rules can be evaluated by the model prior to being implemented in the factory.

The invention provides for use of the factory-specific model for the automatic control of the factory including feed-back and feed-forward control of lot movements, machine loadings, and processing. The CIM system provides data on the performance of the factory to the schedule generated above. The factory may deviate from the schedule due to random events like equipment failure or the loss of a lot, or unplanned events like a new product order. The factory-specific model generates control actions for the factory so that the perturbations in desired factory behavior due to unexpected events are minimized.

This invention provides for a computer-integrated manufacturing production control system which incorporates a factory-specific model for automatic control. The factory-specific model can also provide sizing data for the design of the computer-integrated manufacturing (CIM) production-control system. The model provides simulated results on material movements, queue sizes, factory transactions, and other information. Such simulated results are necessary to size computers, communications networks, data bases and other aspects of the computer system for manufacturing control.

Because the modeling process of this invention starts with a definition of how a manufacturing plant actually operates, rather than a mathematical theory which ultimately leads to a definition of the plant operation, this modeling process is able to handle very complex manufacturing plants and processes, such as those used in the manufacture of integrated circuits. However, the results obtained with his process should make it of use in a wide variety of other manufacturing plants and processes as well.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flow diagram in the form of a directed multigraph, showing fabrication sequences representative of a first embodiment of the invention.

FIG. 2 is another flow diagram in the form of a directed multigraph, showing fabrication sequences representative of a second embodiment of the invention.

FIG. 3 is a further flow diagram in the form of a directed multigraph, showing fabrication sequences representative of a third embodiment of the invention.

FIG. 4 is another flow diagram in the form of a directed multigraph, showing fabrication sequences representative of a fourth embodiment of the invention.

FIG. 5 is still another flow diagram in the form of a directed multigraph, showing fabrication sequences representative of a fifth embodiment of the invention.

FIG. 6 is yet another flow diagram in the form of a directed multigraph, showing fabrication sequences representative of a sixth embodiment of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

The following nonlimiting examples represent preferred embodiments of the invention and describe the invention further.

### EXAMPLE 1: Machine Shop

Turning now to the drawings, more particularly to FIG. 1, there is shown a machine shop 10, with ten workstations 12–30, labeled as #1–#10, and four fabrication sequences A1–A10, B1–B6, C1–C7 and D1–D6. The convention used in this directed multigraph is that directed arcs indicate a transition from one process step to another and that the process step is performed at the workstation at the end of the arc. Thus, start 32 is present only as a convenience prior to the beginning of the sequence. The process sequences consist of all the arcs from start to completion. Table 1 below shows important characteristics of each workstation 12–30. The column headed Set-up Parameter gives a time in the same units as process time to account for changes in the machines that are necessary for different products and/or process conditions in operation of the machine shop.

#### TABLE 1

| | | Workstations in a Machine Shop | | |
|---|---|---|---|---|
| Label | Type | # Machines | Load Size | Set-up Parameter |
| 1. | Cleaning | 5 | 1 | .01 |
| 2. | Centering | 2 | 2 | .25 |
| 3. | Turning | 3 | 1 | .5 |
| 4. | Milling | 4 | 1 | .25 |
| 5. | Drilling | 4 | 2 | .15 |
| 6. | Shaping | 5 | 1 | .25 |
| 7. | Treatment | 2 | 4 | .15 |
| 8. | Grinding | 4 | 1 | .15 |
| 9. | Finishing | 6 | 1 | .15 |
| 10. | Cleaning | 5 | 1 | .01 |

A number of products may be associated with each fabrication sequence. Each product is differentiated by a change in the process-step parameters for one or more steps. While this diagram is becoming complex with only four fabrication sequences, real-world machine shops may have over one thousand. This real world complexity has prevented accurate representation of the fabrication sequences. This problem is surmounted by this invention. While we can not usefully draw such a fab graph, the computer can input, store, and compute with a mathematical representation of the 1000 fabrication sequences.

### EXAMPLE 2: Wafer Fabrication

FIG. 2 provides a representation of two simplified semiconductor wafer fabrication processes. Fabrication sequences A1–A26 and B1–B18 have respectively 26 and 18 steps. Twenty workstations 34–72, labeled #1–#20 are shown. In this drawing the number of machines at each work station is indicated. Again we have reached the limit of practical pictorial representation with a simple example. Each fabrication sequence may have dozens of products. Real semiconductor fabrication sequences may have 250 process steps using 50 workstations and 200 pieces of equipment. The two fabrication sequences A1–A26 and B1–B18 are for building integrated circuits on the surface of a silicon wafer. Fabrication sequence A1–A26 is a simplified bipolar process, and fabrication sequence B1–B16 is a simplified metal-oxide-silicon (MOS) process.

An integrated circuit is implemented as a three-dimensional micro-structure on the surface of a single-crystal silicon. Each wafer serves as the site for the fabrication of hundreds or even thousands of integrated circuits, such as memories. Each fabrication sequence consists of four general categories of process operations: deposition, patterning, etching, and doping. Circuit elements, such as transistors, capacitors, and resistors, are formed in layers of five or more different materials including dielectrics, conductors, and semiconductors. These layers, low-defect thin films, are deposited to thicknesses less than three microns by a variety of techniques, such as chemical-vapor deposition, sputtering, or plasma-assisted deposition.

At each layer, the two-dimensional structure of the device is fabricated by sequential steps of patterning and etching. The patterning process involves applying an organic resist, irradiating the resist through a mask, and removing the positive or negative image. The etching process involves either liquid-phase dissolution (wet-etching) or gas-phase reactions (dry etching). The remaining class of process steps is doping; in current manufacturing this step is usually performed using ion-implantation.

In the process sequence variations of these four steps are repeated for each material layer. Each process operation is performed by specialized equipment. Equipment is grouped into workstations of like machines. Workstations may perform more than one step in a single process sequence or process steps in more than one sequence.

An association of the two process sequences with workstations is shown in FIG. 2. Each circle 34–72 represents a workstation; each arrow represents a transition from one process step to another. The process sequence is the complete path (or flow) over the set of workstations. This diagram is a type of directed multigraph, called a fab graph. Further details on the workstations 34–72 are presented below in Table 2.

#### TABLE 2

| | | Workstations for Wafer Fabrication | | |
|---|---|---|---|---|
| Label | Machine Type | # Machines | Load | Set-Up Parameter |
| 1. | Masking | 12 | 25 | .2 |
| 2. | Oxide Furnace | 8 | 50 | .3 |
| 3. | Film Spinner | 2 | 25 | .15 |
| 4. | Diffusion Furnace | 4 | 50 | .3 |
| 5. | Wet-Etch | 4 | 25 | .15 |
| 6. | Epitaxy | 6 | 20 | .5 |
| 7. | Oxide Furnace | 4 | 50 | .3 |
| 8. | Deposition | 2 | 50 | .25 |
| 9. | Diffusion Furnace | 4 | 50 | .3 |
| 10. | Deposition | 2 | 50 | .3 |
| 11. | Diffusion Furnace | 4 | 50 | .3 |
| 12. | Deposition | 2 | 50 | .3 |
| 13. | Diffusion Furnace | 4 | 50 | .3 |
| 14. | Metal Deposit 1 | 2 | 30 | .2 |
| 15. | Diffusion Furnace | 2 | 50 | .3 |
| 16. | CV Deposition | 2 | 50 | .3 |
| 17. | Bake Furnace | 2 | 50 | .15 |
| 18. | Prober | 2 | 25 | .2 |
| 19. | Ion-Implanter | 2 | 25 | .5 |
| 20. | Metal Deposit 2 | 2 | 50 | .3 |

### EXAMPLE 3: Wafer Sort

Wafer sort, shown in FIG. 3, illustrates the case where a pair of process steps 74 and 76 may be interchanged to give an equivalent fabrication sequence.

4,796,194

9

Since parametric test 74 and functional test 76 may be done in either order, the two process sequences A1–A3 and B1–B3 shown are equivalent. In wafer fabrication such process sequences allow no changes in the order of steps. Loosely constrained order of steps is common in machine shops. The three process steps 74, 76 and 78, labeled 1–3 in FIG. 3, are identified in Table 3 below.

### TABLE 3

Workstations for Semiconductor Component Test (Wafer Sort)

1. Parametric Test
2. Functional Test
3. Wafer Sort

EXAMPLE 4: Semiconductor Component Assembly

In this example the path followed by fabrication among the workstations is simple. Five identical process sequences A1–A7 through E1–E7 are shown; however, each process step has different parameters. This example might be viewed as an extreme example of one process flow and four attached product flows. The seven workstations 80–92, labeled 1–7, are identified in Table 4 below.

### TABLE 4

Workstations for Semiconductor Component Assembly

1. Wafer Saw
2. Die Attach
3. Die Bond
4. Mold & Cure
5. Inspect/Test
6. Functional Test
7. Mark & Pack

EXAMPLE 5: Circuit Board Fabrication

This fabrication sequence 94 is marked by extensive opportunities for re-work. Each workstation 96–110 labeled "R" indicates the beginning and end of a possible re-work subsequence of process steps. Not shown are feedback flow paths from the rework workstations 96–110 to earlier workstations 112–134. The workstations 112–134, labeled 0–11, are identified below in Table 5.

### TABLE 5

Workstations for Circuit Board Fabrication

0. Layer Fabrication
1. Pattern
2. Etch
3. Inspect
4. Laminate
5. Drill
6. Smear Removal
7. Pattern
8. Electroplate
9. Edge-Connector
10. Board Contouring
11. Test & Inspect

Example 6: Electronic System Assembly

FIG. 6 shows electronic system assembly with three fabrication sequences A1–A19 through C1–C10. Not shown are the different material requirements for each sequence. This is a simple basic flow, but it contains the opportunity for re-work loops at workstations 136 and

10

138. The workstations 140–158, labeled 1–10, are identified below in Table 6.

### TABLE 6

Workstations for Electronic Systems Assembly

1. Circuit Board Inspection
2. Circuit Board Tester
3. Auto Insertion (Components)
4. Manual Insertion (Components)
5. Solder
6. Visual Inspection
7. Electrical Test
8. Sub-System Assembly
9. System Assembly
10. System Test

1. Algorithm for Sequential-Distributed Factory Description and Specification

Described below is a class of dynamic models for distributed factories which have fabrication sequences. The first step in the algorithm is to choose one dynamic model from this class. In terms of this specimen model the factory is defined by its machines, products, fabrication sequences, collections of job sets, scheduling rules, and machine reliability parameters. The second step is to determine the parameters that describe the specific factory. These parameters are defined in terms of data structures of the individual factory model. The factory-specific model contains descriptions of the dynamic interactions of lots and machines; thus, the behavior of the factory can be simulated in detail. The third step is to simulate the dynamic behavior of the factory.

2. Standard Class of Sequential-Dynamic-Factory Dynamic Models.

For this invention, the factory is described in terms of discrete entities such as machines, attributes such as load size, and activities such as machine unload or reload. Associated with each entity are data-structures; the collection of all such data structures provides the factory system image. The state of the factory at any point in time is given by the values of the parameters of all such entity data-structures.

In this invention, series of simulated events change the factory state, and thus, the system image. These changes, associated with the performance of the factory, are tracked. Details or summaries of the performance variables describe the behavior of the factory as a result of the simulated-event scenario.

In this embodiment, the fundamental physical entities in the factory are machines (pieces of equipment), and lots (jobs). The fundamental informational entities are fabrication sequences, groups of machines called workstations, and queues. The fundamental dynamics are governed by the interactions of lots with machines, grouped in workstations. Lot movements through the workstations are determined by the fabrication sequences. There is a hierarchy of fabrication sequences, and the assignment of a sequence to lot may be dynamic.

In this embodiment the factory dynamics are determined by the lot-sets (which may be dynamic or static), machine process times, setup times, yields, batching operations, and equipment failure and repair. A detailed description of these entities follows:

Lots

Lots are composed of like parts and follow a fabrication sequence. The assignment of a lot to a fabrication sequence may be static or dynamic. In this embodiment

4,796,194

**11**

the attributes of lots include fabrication-sequence parameters (which define allowable process flows), start-time, part-count, current process step, current workstation and machine, due-time, priority weight, and action time. In the general form of the invention, other attributes may be of interest. Lots are sometimes called "jobs". Lot-size or part-count is a key variable in the interaction of lots with machines; see "batching" below. Beginning with an initial lot-size, the part-count may decrease due to yield losses (defined below) at process steps. The lot-set is the total collection of lots assigned to the factory for a time interval. The population of this set may be static or dynamic.

**Machines and Workstations**

Workstations are groupings of like machines. Workstations contain at least one machine. In this embodiment the attributes of machines include batch-size, standard operating time to maintenance, standard time of maintenance, and parameters of distributions describing sporadic failure and repair. In the general form of the invention, machine-specific set-up parameters and other attributes may be defined. In this embodiment each workstation is qualified to perform only a specified set of process steps; the population of this set may be dynamically defined.

**Process Steps**

The process step is the fundamental operation performed on a machine. In this embodiment, the attributes of each process step include a process time, a vector of parameters describing conditional setup times, a standard yield, and parameters for distributions describing random yield and process-time fluctuations. Each process step is associated with a set of qualified workstations.

**Fabrication Sequences**

A fabrication sequence is a sequence of process operations that are required to complete a product. In this embodiment there is hierarchy of fabrication sequences, and fabrication sequences may be altered dynamically. A process flow is a restricted class of fabrication sequence. In a process flow, each of the ordered sequence of process steps is assigned to a workstation. A process-flow group is a set of closely related process flows. A set of product flows may be associated with each process flow. Each product flow is a minor variation of the basic process flow. In this embodiment, allowable variations include changes in the attributes of small set of process steps and the addition or deletion of one or more process steps. Use of product sequences allows process tailoring in that minor changes of process steps and process sequence may define a specific product flow. Major deviations require defining a new process sequence. In a more general form, a more extensive hierarchy of fabrication sequences may be defined. In this embodiment, some fabrication sequences may be weakly constrained: the interchange of certain steps results in an equivalent fabrication sequence. Each interchange and/or assignment of process steps to workstations results in a distinct process sequence. However, these process sequences may be equivalent in that they fabricate the same product. As a given lot that is assigned to fabrication sequence moves through the factory, it may be dynamically reassigned to any equivalent process sequence. In this embodiment, rework also results in dynamic changes in process sequences. In rework,

**12**

certain lots may repeat a single process step or subsequence of steps.

**Yield**

Yield is a measure of the imprecision of manufacturing operation. In this embodiment, the following models for yield are defined. In the simplest yield model, each operation successfully processes a standard fraction, yield, of parts in each lot. In a refinement, yield becomes a random variable, the parameters of whose distribution can be defined by each process step. In a second refinement a distinction is made between single-part machines and batch machines. In single-part machines each part has a probability of failed processing. In batch processing each batch may have a probability of failure. Each workstation may use a different yield model. In a more general embodiment other yield models may be defined.

**Machine Availability**

A machine is available if it is capable of processing. It becomes unavailable as a result of planned downtime of a fixed duration due, for example, to preventive maintenance. A machine may also become unavailable as a result of unplanned, random failures, which require a repair of random duration. In the general invention, sporadic failure and repair can be modeled by probability distributions.

**Batching**

A batch is the number of parts loaded into a machine for simultaneous processing. The maximum batch is the load-size of the machine. The lot-size may be less than, equal to, or greater than the load-size. These three cases require the definition of batching rules, which can significantly affect the dynamics of lot movement. Some examples of batching rules are given below.

Mixed-lot batches are batches composed of parts from different lots. Mixed-lot batches may or may not be allowed at each process step. Batching-up means loading two or more lots into one batch for large load sizes. A modification of this rule requires defining the specific wait-time which is required for sufficient lots to complete the batch. The wait may be zero, in which case many batches may be significantly less than the load-size. A second modification is the decision on allowing mixed-lot batches. Batching-down involves breaking a lot into batches, when the lot-size exceeds the load-size. The last batch may be significantly smaller than the load-size, thus requiring a mixed-lot rule. In dynamic lot management lots with the same product attributes are merged or split for processing convenience and minimization of set-up time. In a more general form of the invention, specific batching rules eliminate the need for dynamic lot-management.

**Set-up Time**

Set-up time is the time required to prepare the machine for processing. Set-up time for a machine is conditional on the previous lot processed by that machine. Different set-up times are associated with changes in process step, product, and process sequence.

**Queues**

Lots which are not in machines being processed are in waiting-lines or queues. Queues may be defined in a variety of ways: by machine, by workstation, by process step, by process and by product, and so forth. The defi-

13

nition of queues and the assignment of lots into queues does not change the inventory, but only its classification. Different queue assignments may be appropriate depending on the scheduling rule being applied.

### Scheduling Rules

The existence of inventory and queues requires dispatch, priority, or scheduling rules to determine which lot to process next. Over one hundred scheduling rules have been catalogued in the above-referenced S. S. Panwalkar and W. Iskander paper. Additional rules may be limited only by the imagination of factory managers. Complex scheduling rules may require a large set of parameters describing the attributes of lots and machines and the status of queues.

Implementation in terms of a an algorithm for computation: The model structure has been defined above in terms of entities, attributes, and fundamental rules. The model can be implemented as a concrete computer algorithm by using the technique of discrete-event simulation (G. S. Fishman, Concepts and Methods in Discrete Event Digital Simulation, Wiley, New York, 1973; J. A. Payne, Introduction to Simulation, McGraw-Hill, New York, 1982.) The algorithm can be defined as follows: Data structures are defined for each entity and its attributes. Events are defined which follow the fundamental rules of the model. As a consequence of the fundamental rules, events occur which change the system state. The changes are tracked. As a consequence of the occurrence of events, new events are scheduled. An event-scheduler sorts and orders all scheduled events. The simulation is initialized by the occurrence of initial events and moves forward in time by performing the next scheduled event. The system time clock moves forward in discrete increments as required by the next event. The simulation ends when the predefined final time is reached.

### Factory System Image

The factory system image provides the state of the factory at any point in time. The system image is given by the values of all attributes of all entities defining the factory. The entities and attributes are arranged into tables. Each table is composed of data structures built from linked lists. The following tables are present in the system image. Other tables may be included in the general invention. Lot Table: Set of linked-lists detailing lot properties. Machine Table: Set of linked-lists detailing machine properties and workstation assignments. Fabrication Sequence Table: Set of linked lists detailing fabrication paths including information on process steps. Queue Table: Set of linked-lists giving queue structure. Event Table: Set of linked-lists detailing all scheduled events. System Performance Table: Set of linked-lists containing summaries of factory performance.

### Events

Each event causes changes in the system-image tables affected by that event.

Start a lot: A lot is initialized and becomes active in the factory. It is assigned to a process sequence from its fabrication sequence and moves to a queue at the workstation of its first process operation.

Move a lot: After completion of processing at a workstation, a lot moves to the workstation assigned to the next process step in the process sequence.

14

Load a machine: Following batching and scheduling rules, a machine is loaded from one of the queue or queues assigned to its workstation.

Unload a machine: A machine is unloaded. If its lot is complete, it is returned to the list of available machines.

Machine fails: Machine becomes unavailable. A repair time is scheduled.

Reassign process sequence: A lot is reassigned from its current process sequence to a second process sequence from its fabrication sequence.

In another form of the invention, other events may be defined.

### Implementation in Computer Software

In this embodiment the algorithm, an SDF dynamic model, is written in a high-level computer language such as Fortran, Pascal, PL/I, or the like. The general embodiment includes any implementation in assembly language, a higher-level language, or a simulation language.

3. Factory-specific Models for Distributed Factories which Have Fabrication

An individual model from the class above is chosen; the choice is based upon the match between the dynamic characteristics of the model and those of the factory. The parameters describing the factory's products, fabrication sequences, and machines are determined. The parameters describing such dynamic rules as equipment reliability are established from factory-specific production data provided (for example, by a computer-integrated manufacturing (CIM) production-control system that tracks lot movement, work in process, and equipment status). The model is validated by use of material movement data from the CIM system. Defined above is a class of models for distributed factories which contain fabrication sequences. In this section a specified model from this class is given for a wafer-fabrication factory with ten processes and up to ten products associated with each process.

The system modeled is the entire wafer-fabrication plant, or "fab". The fab is described in terms of wafer-processing equipment, wafer lots, process sequences, and product sequences. Data-structures are associated with each entity, and the system image or system state at any point in time is given by the values of all such entity data-structures.

### Lots

Lots are composed of wafers and follow a specified process and productflow. The attributes of lots include start-time, process, product, part-count, current process step, current workstation and machine, due-time, priority weight, and action time. The lot-set is fixed or static.

### Machines and Workstations

Workstations are composed of like machines. The attributes of machines include batch-size, standard operating time to maintenance, standard time of maintenance, and parameters of distributions describing sporadic failure and repair. Each workstation is qualified to perform only specified set of process steps or operations.

### Process Steps

The process step is the fundamental operation performed on a machine. The attributes of each process step include a process time, a vector of parameters describing conditional setup times, a standard yield, and

4,796,194

15

parameters for random yield distributions. Each process step is assigned to a workstation.

### Process

The process flow is the ordered sequence of process steps required to complete fabrication. A process sequence may have as many as 250 steps.

### Product

A set of one or more products is associated with each process. Process tailoring is allowed in that minor changes of process steps and process sequence may define a specific product flow. Major deviations require defining a new process. The specific changes allowed are as follows: The parameters of up to five process steps may be changed. A single sequence of up to five steps may be added or deleted as long as the limit of 250 steps is not exceeded.

### Dynamic fabrication Sequences

With the exception of re-work defined below, dynamic fabrication sequences are not allowed. Specifying the process and product completely defines the fabrication sequence.

### Equipment Availability

Parameters are provided for scheduled equipment maintenance. Sporadic failure is modeled by exponential distributions for time to failure and time to repair with different parameters for each work station.

### Scheduling Rules

Queues are primarily associated with work stations. Lots are processed on first-in, first-out basis. Over-riding this priority are "hot-lots" associated with up to six products. The class of hot-lots are processed in preference to regular lots. Within the hot-lot class lots closest to completion are given priority.

### Batching

Mixed-lot batches are not allowed. In batching-up, a maximum wait equal to one-half the process time is allowed to complete the batch.

### Set-up Time

Set-up time is the time required to prepare the machine for processing. Set-up time is conditional on the previous lot processed by the machine. Different set-up times are associated with changes in process step, product, and process sequence.

4. Generation of factory schedules from the factory-specific models for distributed factories which have fabrication sequences.

The schedule lists lot movements and machine loadings. The factory-specific model contains the scheduling rules of the factory and it simulates the detailed behavior in time of the factory. After initialization with the state of the factory, the simulation calculates and lists the lot movement and machine loadings for the indicated planning horizon.

5. Use of the factory-specific model for the automatic control of the factory including feed-back and feed-for-

16

ward control of lot movements, machine loadings, and processing.

The CIM system provides data on the performance of the factory to the schedule generated above. The factory may deviate from from the schedule due to random events like equipment failure or the loss of a lot, or unplanned event like a new product order. The factory-specific model generates control actions for the factory so that the perturbations in desired factory behavior due to unexpected events is minimized.

6. Computer-integrated manufacturing production control system which incorporates a factory-specific model for automatic control.

Given a model that produces an accurate simulation of the manufacturing plant, computer control of the operation of that plant becomes possible with the model. Without an accurate stimulation, human intervention between the outputs of the model and equipment operation is required.

7. Use of a factory-specific model to provide sizing data for the design of the computer-integrated manufacturing (CIM) production-control system.

The model provides simulated results on material movements, queue sizes, factory transactions, and other information. Such simulated results are necessary to size computers, communications networks, data bases and other aspects of the computer system for manufacturing control.

Attached hereto and forming a part of this specification is an Appendix, comprising a source code listing written in Fortran 77 with comments, showing an implementation of a model in accordance with the invention.

It should now be readily apparent to those skilled in the art that a modeling and control process capable of achieving the stated objects of the invention has been provided. The invention gives a realistic, validatable, model for wafer fabrication factories. The invention also gives a realistic validatable model for the other types of factories in the electronics industry. Each of these factory models is a subset of the wafer fab model. The invention gives a realistic, validatable model for distributed factories in general, sometimes referenced as "job shop". Such models are a subset of the fab model. The model can be used to control material movement in the factory, including scheduling. The invention permits a CIM system that includes model-controlled lot-movement and machine loading. The model can be used for aggregate planning. The model can further be used for the design and sizing of a CIM system. While the prior art discussed above indicates that modeling and control of manufacturing plants is, in general, too complex for practical implementation because of the large amounts of computation required with the prior art approaches, the present invention simplifies the computations involved sufficiently so that software implementing the invention can be run on a personal computer, such as an IBM PC.

It should further be apparent to those skilled in the art that various changes in form and detail of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

**4,796,194**

17                                                                    18

*Robert W. Atherton*          *Docket # 5610*

RM/FORTRAN Compiler (V2.00A)      *APPENDIX*                      Page :
Source File: FABSIM.FOR           Options: /l/p 60       '08/20/86 13:55:0(

```
   1          PROGRAM FABSIM
   2 C        THIS PROGRAM MODELS WAFER-LOT MOVEMENT AND
   3 C        MACHINE INTERACTIONS, PROVIDES DETAILED
   4 C        BEHAVIOR INCLUDING MACHINE SCHEDULES
   5 C
   6 C        REV. 1.0        18 AUGUST 1986
   7 C        MAIN PROGRAM
   8 C        WAFER FABRICATION DYNAMICS SIMULATION
   9 C
  10          REAL DTIME
  11          INTEGER*2 OCY,TOT
  12          CHARACTER*12 PRBDES, LOTST, FABDES, PRODES(5)
  13          INCLUDE 'COMRAM.FOR'
  14          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
  15         1          MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
  16         2          HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
  17         3          IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
  18         4          LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
  19         5          EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
  20         6          QLOT(300), QPE(100,5), QPT(100,5), QENT(100,5)
  21          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIMZ,
  22         1          TIMEX,DT, MAINT, CUM,REST
  23          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
  24         1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
  25         2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
  26 C
  27          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
  28          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
  29          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
  30          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
  31          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
  32          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
  33          COMMON QLOT,QPE,QPT,QENT
  34          WRITE (*,100)
  35          WRITE (*,110)
  36          WRITE (*,120)
  37          WRITE (*,130)
  38  100 FORMAT (' WAFER FABRICATION DYNAMICS SIMULATION SYSTEM')
  39  110 FORMAT (' COPYRIGHT, IN-MOTION TECHNOLOGY, 1986')
  40  120 FORMAT (' ******************************')
  41  130 FORMAT ('                              ')
  42 C
  43 C        PROGRAM USES NESTED INPUT FILES
  44 C        REQUESTS NAME OF PROBLEM DESCRIPTION FILE
  45          WRITE (*,1000)
  46 1000 FORMAT (' NAME OF PROBLEM DESCRIPTION FILE')
  47          READ (*,*) PRBDES
  48          WRITE (*,1010)
  49          WRITE (*,*)  PRBDES
  50 1010 FORMAT (' NAME OF PROBLEM DESCRIPTION FILE' )
  51 C
  52          READ (*,*) DTIME
  53          WRITE (*,*) DTIME
  54 C
  55          NU=1
  56          OPEN (NU,FILE=PRBDES)
  57          READ (NU,*) FABDES
  58          WRITE (*,1040)
  59          WRITE (*,*) FABDES
  60 C
  61          READ (NU,*) NUMPR
  62          WRITE (*,*) NUMPR
  63          WRITE (*,1040)
```

4,796,194

**19**                                                       **20**

```
64          DO 1020 K=1,NUMPR
65              READ (NU,*) PRODES(K)
66              WRITE (*,*) PRODES(K)
67    1020 CONTINUE
68          READ (NU,*) LOTST
69          WRITE (*,*) LOTST
70          READ (NU, 1030) SHOR,TSTRT
71          WRITE (*,*) SHOR,TSTRT
72    1030 FORMAT(2F8.2)
73              CLOSE (NU)
74    1040 FORMAT (' NAME OF FAB DESCRIPTION FILE')
75  C
76          CALL WKINP(FABDES)
77          DO 2000 I=1,WSMX
78          WRITE (*,*) WSN(I), MACH(I), BS(I), FT(I), RT(I)
79    2000 CONTINUE
80  C
81          CALL WSNE(X)
82  C
83          WRITE (*,2009)
84    2009 FORMAT ( ' EQUIPMENT TABLE')
85          DO 2010 K=1,WSMX
86          WRITE (*,*) WSN(K),MACH(K), WSMACH(K)
87    2010 CONTINUE
88          DO 2020 K=1,MTOT
89          WRITE (*,*) K,MACHX(K),MSTAT(K)
90    2020 CONTINUE
91  C
92  C
93          DO 2300 K=1,NUMPR
94  C
95          CALL PRINP(PRODES(K), K)
96  C
97          WRITE (*,2190) K
98    2190 FORMAT(' PROCESS NUMBER', I5)
99          DO 2200 I=1, STPNUM(K)
100         WRITE (*,*) I, PROCES(I,K), SETUP(I,K), PROTIM(I,K), YIELD(I,K)
101   2200 CONTINUE
102   2300 CONTINUE
103         CALL HUBNOK(X)
104         CALL HUBOUT(X)
105         CALL LOTINP(LOTST)
106         WRITE (*,2310)
107   2310 FORMAT (' LOT START INFORMATION')
108         WRITE (*,2313)
109   2313 FORMAT(' PROS INTER   NUM  SIZE')
110         DO 2315 I=1,NUMPR
111         WRITE (*, 2314) I,TINT(I), MSTRT(I), LOTSZ(I)
112   2314 FORMAT(I5,F8.3,2I5)
113   2315 CONTINUE
114         CALL LOTAB (TOT)
115         WRITE (*,2320)
116   2320 FORMAT ( 'LOT STARTS ')
117         WRITE (*,*) TOTL(1),TOTL(2),TOTL(3),TOTL(4),TOTL(5)
118         WRITE (*,2340)
119   2340 FORMAT (' INITIAL LOT ARRAY')
120         DO 2400 I=1,TOT
121         WRITE (*,*) ALNK(I),ST(I),IP(I), IPS(I), WSL(I), AT(I)
122   2400 CONTINUE
123  C
124  C     CALL QINIT(X)
125         TIMEX=0.
126         OCY=1
127         CALL CYCLET(CYCLE,OCY)
128         CALL IMAGE(0.)
129  C
130         CALL DYNAM(DTIME)
131         END
NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0
```

**4,796,194**

**21**                                                           **22**

```
132         SUBROUTINE DYNAM(DTIME )
133 C       LOT DYNAMICS DRIVER
134         INTEGER*2 EVENT, EVMOL
135         REAL TIME,DTIME
136         INCLUDE 'COMRAM.FOR'
137         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
138       1     MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
139       2     HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
140       3     IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
141       4     LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
142       5     EHD,ETL,ETLM,ALNX(300),TOTL(5),LHEAD,
143       6     QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
144         REAL PT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
145       1     TIMEX,DT, MAINT, CUM,REST
146         DIMENSION PT(50), RT(50), SETUP(100,5), PROTIM(100,5),
147       1     YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
148       2     TINT(5), MAINT(1000),CUM(100,5),REST(100)
149 C
150         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
151         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
152         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
153         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
154         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
155         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
156         COMMON QLOT,QPH,QPT,QKNT
157         TIMEX=TSTRT
158         TIME=TSTRT
159         TLAST=TSTRT+SHOR
160         TLAST=TSTRT+DTIME
161         EVENT=1
162         EVMOL=LHEAD
163         IXLOT=LHEAD
164   10    CONTINUE
165         IF (TIME.GT.TLAST) GOTO 1000
166         TIMEX=TIME
167               GOTO (100,200,300,400) EVENT
168   100         CALL EVSL1(EVMOL)
169               GOTO 500
170   200         CALL EVMU2(EVMOL)
171               GOTO 500
172   300         CALL EVMD3(EVMOL)
173               GOTO 500
174   400         CALL EVMR4(EVMOL)
175   500      CONTINUE
176             . CALL IMAGE(X)
177           CALL NEXT(EVENT, TIME, EVMOL)
178           GOTO 10
179  1000 CONTINUE
180 C       END OF SIMULATION, COMPUTE FINAL STATISTICS
181         RETURN
182         END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0.


183 C
184 C
185         SUBROUTINE NEXT(EVENT,TIME ,EVMOL)
186 C       EVENT       TYPE OF EVENT
187 C       TIME        TIME OF EVENT
188 C       EVMOL       MACHINE OR LOT ID
189         INTEGER*2 EVENT, EVMOL
190         REAL TIME
191         INCLUDE 'COMRAM.FOR'
192         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
```

**4,796,194**

23                                                                  24

```
193     1          MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
194     2          HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
195     3          IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
196     4          LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
197     5          EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
198     6          QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
199         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
200     1          TIMEX,DT, MAINT, CUM,REST
201         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
202     1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
203     2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
204 C
205         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
206         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
207         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, SETUP
208         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
209         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
210         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
211         COMMON QLOT,QPH,QPT,QKNT
212 C    SET NEXT EVENT EQUAL TO LOT START
213         EVENT=1
214         TIME=ST(IXLOT)
215         EVMOL=IXLOT
216         IF(EHD.EQ.0) GOTO 1000
217 C    COMPARE TO NEXT MACHINE EVENT
218         IF(TIME.LE.ETIME(ETL)) GOTO 1000
219         TIME=ETIME(ETL)
220         EVENT=ETYPE(ETL)
221         EVMOL=ETL
222         IF (ETH.EQ.ETL) GOTO 900
223         ETL=ETLM
224         BLNK(ETLM)=0
225         GOTO 1000
226   900 CONTINUE
227 C    MACHINE EVENT LIST IS NOW EMPTY
228         ETE=0
229         ETL=0
230         ETLM=0
231  1000 CONTINUE
232         RETURN
233         END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0


234 C
235 C
236         SUBROUTINE SCHED(MSN,IVNT,TIME )
237 C    MSN     MACHINE NUMBER
238 C    IVNT    EVENT TYPE
239 C    TIME    TIME FOR NEXT EVENT
240         INTEGER*2 NEXT,NEXTL
241         INCLUDE 'COMRAM.FOR'
242         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
243     1          MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
244     2          HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
245     3          IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
246     4          LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
247     5          EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
248     6          QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
249         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
250     1          TIMEX,DT, MAINT, CUM,REST
251         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
252     1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
253     2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
254 C
255         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
256         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
```

4,796,194

<div style="display:flex;justify-content:space-between">

25

26

</div>

```
257         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
258         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
259         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
260         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
261         COMMON QLOT,QPH,QPT,QKNT
262         IF (EHD.EQ.0) GOTO 800
263         IF (TIME .LE. ETIME(EHD)) GOTO 100
264 C       NEW HEAD
265         BLNK(MSN)=EHD
266         EHD=MSN
267         GOTO 1000
268 100     NEXT=BLNK(EHD)
269         NEXTL=EHD
270 150     IF (NEXT.EQ.0) GOTO 900
271         IF (EHD.EQ.ETL) GOTO 700
272         IF (TIME .LE. ETIME(NEXT)) GOTO 200
273             BLNK(MSN)=NEXT
274             BLNK(NEXTL)=MSN
275         GOTO 1000
276 200     NEXTL=NEXT
277         NEXT=BLNK(NEXT)
278         GOTO 150
279 700 CONTINUE
280 C       SECOND ITEM TO LIST
281         ETL=MSN
282         BLNK(EHD)=MSN
283         BLNK(ETL)=0
284         ETLM=EHD
285         GOTO 1000
286 800 CONTINUE
287 C       EVENT LIST IS EMPTY, ADD TO IT
288         EHD=MSN
289         ETL=MSN
290         BLNK(MSN)=0
291         GOTO 1000
292 900 CONTINUE
293 C       NEW TAIL
294         ETL=MSN
295         BLNK(NEXT)=MSN
296         BLNK(MSN)=0
297         ETLM=NEXT
298 1000 CONTINUE
299 C       EVENT HAS BEEN SCHEDULED
300         RETURN
301         END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0


302 C
303 C
304         SUBROUTINE EVSL1(EVMOL)
305 C       LOT START ROUTINE
306         INTEGER*2 EVMOL
307         INCLUDE 'COMRAM.FOR'
308         INTEGER*2 MSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
309 1           MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
310 2           HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
311 3           IP(300),IPS(300),WSL(300),IPART(300),MSTAT(5),
312 4           LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
313 5           EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
314 6           QLOT(300), QPH(100,5), QPT(100,5)
315         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
316 1           TIMEX,DT, MAINT, CUM,REST
317         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
```

4,796,194

27                                          28

```
318    1              YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
319    2       TINT(5), MAINT(1000), MSTRT, LOTSZ,REST(100)
320  C
321         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
322         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
323         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
324         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
325         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
326         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
327         COMMON QLOT,QPH,QPT,QKNT
328            WRITE (*,100) EVMOL, TIMEX
329    100    FORMAT (' LOT START ',I5,' TIME IS ',F8.3)
330         IXLOT=ALNK(IXLOT)
331         CALL EVLM5(EVMOL)
332         RETURN
333         END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0



334  C
335  C
336         SUBROUTINE EVMU2(EVMOL)
337  C     UNLOAD A MACHINE
338         INTEGER*2 EVMOL, LOTID, LOTLOD
339         INCLUDE 'COMRAM.FOR'
340         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
341    1              MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
342    2              HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
343    3              IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
344    4              LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
345    5              EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
346    6              QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
347         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
348    1              TIMEX,DT, MAINT, CUM,REST
349         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
350    1              YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
351    2              TINT(5), MAINT(1000), CUM(100,5),REST(100)
352  C
353         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
354         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
355         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
356         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
357         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
358         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
359         COMMON QLOT,QPH,QPT,QKNT
360            WRITE(*,100) EVMOL,TIMEX
361    100    FORMAT(' MACHINE UNLOAD ', I5,' TIME IS ',F8.3)
362         MSTAT(EVMOL)=-1
363         LOTID=MWLOT(EVMOL)
364         CALL EVLM5(LOTID)
365         IF (MAINT(EVMOL).LE.TIMEX) GOTO 900
366         CALL QUEUE(WSNE(EVMOL), LOTLOD)
367         IF (LOTLOD.EQ.0) GOTO 1000
368         CALL EVML6(LOTID,LOTLOD)
369         GOTO 1000
370    900  CONTINUE
371  C     MACHINE IS SCHEDULED TO FAIL
372         MAINT(EVMOL)=TIMEX
373         CALL EVMD3(EVMOL)
374    1000 CONTINUE
375         RETURN
376         END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0
```

4,796,194

29                                          30

```
377  C
378  C
379        SUBROUTINE EVMD3(MSN)
380  C     MACHINE GOES DOWN
381        INTEGER*2 MSN, WSKK
382        REAL TIME
383        INCLUDE 'COMRAM.FOR'
384        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
385      1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
386      2        HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
387      3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
388      4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
389      5        EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
390      6        QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
391        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
392      1        TIMEX,DT, MAINT, CUM,REST
393        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
394      1        YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
395      2        TINT(5), MAINT(1000),CUM(100,5),REST(100)
396  C
397        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
398        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
399        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
400        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
401        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
402        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
403        COMMON QLOT,QPH,QPT,QKNT
404        WRITE(*,100) MSN,TIMEX
405  100   FORMAT(' MACHINE FAILS ', I5,'TIME IS ',F6.3)
406        MSTAT(MSN)=-2
407        WSKK=WSMX(MSN)
408        TIME=TIMEX+RT(WSKK)
409        ETIME(MSN)=TIME
410        ETYPE(MSN)=3
411        CALL SCHED(MSN,3,TIME)
412        RETURN
413        END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
414  C
415  C
416        SUBROUTINE EVMR4(MSN)
417  C     MACHINE IS REPAIRED
418        INCLUDE 'COMRAM.FOR'
419        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
420      1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
421      2        HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
422      3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
423      4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
424      5        EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
425      6        QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
426        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
427      1        TIMEX,DT, MAINT, CUM,REST
428        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
429      1        YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
430      2        TINT(5), MAINT(1000),CUM(100,5),REST(100)
431  C
432        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
433        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
434        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
435        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM, REST
436        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
437        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
```

4,796,194

31                                          32

```
438          COMMON QLOT,QPH,QPT,QKNT
439            WRITE(*,100) MSN,TIMEX
440     100    FORMAT(' MACHINE IS REPAIRED',I5,' TIME IS',F8.3)
441          MSTAT(MSN)=-1
442          CALL QUEUE(WSNE(MSN),LOTLOD)
443          IF (LOTLOD.EQ.0) GOTO 1000
444          CALL EVML6(LOTLOD,MSN)
445     1000 CONTINUE
446          RETURN
447          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
448 C
449 C
450          SUBROUTINE EVLM6(LOTID)
451          INTEGER*2 LOTID,PROD,INDEX,INDEXB,INDEXC,INDEXD,INDEXE,MCK
452          INCLUDE 'COMRAM.FOR'
453          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
454        1            MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
455        2            HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
456        3            IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
457        4            LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
458        5            ZED,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
459        6            QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
460          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD; ST,AT,TINT,TSTRT,ETIME,
461        1            TIMEX,DT, MAINT, CUM, REST
462          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
463        1            YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
464        2            TINT(5), MAINT(1000),CUM(100,5),REST(100)
465 C
466          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
467          COMMON ETYPE,BLNK,MWLOT,ZED,ETL,ETLM,ETIME,MAINT
468          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
469          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
470          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
471          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
472          COMMON QLOT,QPH,QPT,QKNT
473 C
474            WRITE (*,100) LOTID,TIMEX
475     100    FORMAT(' LOT MOVE', I5,' TIME IS',F8.3)
476 C      LOTID IS THE LOCATION IN THE LOT LIST
477 C      QLOT IS THE LINK LIST FOR LOTS
478 C      QPH  IS THE ARRAY OF HEADS FOR PROCESS STEP QUEUES
479 C      QPT  IS THE ARRAY OF TAILS FOR PROCESS STEP QUEUES
480 C      QKNT IS THE ARRAY OF QUEUE SIZE IN LOTS,STEP I,PROCESS J
481          PROD=IP(LOTID)
482          INDEXB=IPS(LOTID)
483          IPS(LOTID)=IPS(LOTID)+1
484          INDEX=IPS(LOTID)
485          IPART(LOTID)=LOTSZ(PROD)*CUM(INDEX,PROD)
486 C
487 C      INCREMENT QUEUE
488          QKNT(INDEX,PROD)=QKNT(INDEX,PROD)+1
489          IF (QKNT(INDEX,PROD).EQ.1) THEN
490            QPH(INDEX,PROD)=LOTID
491            QPT(INDEX,PROD)=LOTID
492          ELSE IF (INDEXB.EQ.0) THEN
493            QLOT(LOTID)=QPH(INDEX,PROD)
494            QPH(INDEX,PROD)=LOTID
495          ELSE
```

4,796,194

```
496 C    MOVE A LOT TO NEXT QUEUE
497          INDEXD=QPH(INDEXB,PROD)
498          INDEXE=QLOT(INDEXD)
499 C    CHANGE TAIL OF NEW QUEUE
500          INDEXC=QPT(INDEX,PROD)
501          QLOT(INDEXC)=LOTID
502          QPT(INDEX,PROD)=QPH(INDEXB,PROD)
503          QLOT(LOTID)=0
504 C    CHANGE HEAD OF OLD QUEUE
505          QPH(INDEXB,PROD)=INDEXE
506          QKNT(INDEXB,PROD)=QKNT(INDEXB,PROD)-1
507          END IF
508 C    ASSIGN LOT TO WORKSTATION
509          WSL(LOTID)=PROCES(INDEX,PROD)
510 C    DETERMINE IF MACHINE IS AVAILABLE
511          CALL WORK(WSL(LOTID),MCK)
512          IF (MCK.EQ.0) GOTO 1000
513          CALL EVML6(LOTID,MCK)
514 C    MAKE STATISTICAL CALCULATIONS
515 1000 CONTINUE
516          RETURN
517          END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0.


518 C
519 C
520          SUBROUTINE EVML6(LOTID,MSN)
521 C    LOAD A MACHINE
522 C    MSN     MACHINE NUMBER
523 C    LOTID   LOT ID
524          INTEGER*2 LOTID,MSN,PSTEP,PROD
525          INCLUDE 'COMRAN.FOR'
526          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
527       1       MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
528       2       HUBNO(50,8), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
529       3       IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
530       4       LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
531       5       EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
532       6       QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
533          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
534       1       TIMEX,DT, MAINT, CUM,REST
535          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
536       1       YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
537       2       TINT(5), MAINT(1000),CUM(100,5),REST(100)
538 C
539          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
540          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
541          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
542          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
543          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
544          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
545          COMMON QLOT,QPH,QPT,QKNT
546          WRITE (*,100) LOTID,MSN,TIMEX
547 100   FORMAT(' MACHINE LOAD, LOT',I5,' MACHINE',I5, ' TIME',F8.3)
548          MSTAT(MSN)=0
549          MWLOT(MSN)=LOTID
550          PROD =IP(LOTID)
551          PSTEP =IPS(LOTID)
552          ETIME(MSN)=TIMEX+ PROTIM(PSTEP,PROD)
553          ETYPE(MSN)=2
554          CALL SCHED (MSN,2,ETIME(MSN))
555 C    CALCULATE STATISTICS
556          RETURN
557          END
```

```
558 C
559 C
560       SUBROUTINE EVLC7(LOTN)
561 C     COMPLETE A LOT
562       INCLUDE 'COMRAM.FOR'
563       INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
564     1          MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
565     2          HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
566     3          IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
567     4          LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
568     5          EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
569     6          QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
570       REAL PT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
571     1          TIMEX,DT, MAINT, CUM,REST
572       DIMENSION PT(50), RT(50), SETUP(100,5), PROTIM(100,5),
573     1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
574     2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
575 C
576       COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,PT,RT
577       COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
578       COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
579       COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
580       COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
581       COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
582       COMMON QLOT,QPH,QPT,QKNT
583
584       RETURN
585       END

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

586 C
587 C
588       SUBROUTINE QUEUE(WS,LOT)
589 C     EVALUATES INVENTORY AT WORK STATION
590 C     WS      NUMBER OF WORKSTATION
591 C     LOT     ID OF LOT SELECTED FROM QUEUE
592 C     BASED UPON DISPATCH SCHEME: PROCESS, LATEST STEPS FIRST, FIFO
593       INTEGER*2 WS,LOT,I,J,START, END,STEP,PROD,HEAD
594       INCLUDE 'COMRAM.FOR'
595       INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
596     1          MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
597     2          HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
598     3          IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
599     4          LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
600     5          EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
601     6          QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
602       REAL PT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
603     1          TIMEX,DT, MAINT, CUM,REST
604       DIMENSION PT(50), RT(50), SETUP(100,5), PROTIM(100,5),
605     1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
606     2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
607 C
608       COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,PT,RT
609       COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
610       COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
611       COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
612       COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
613       COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
614       COMMON QLOT,QPH,QPT,QKNT
615       DO 500 J=1,NUMPR
616          START=HUBNOX(WS,J)
617          END=HUBNOX(WS,J)+HUBNO(WS,J)-1
618          DO 400 I=END,START,-1
619             PROD=J
620             STEP=HUBPR(I,J)
621             IF (QKNT(STEP,PROD).EQ.0) GOTO 400
622             GOTO 800
```

4,796,194

```
623    400      CONTINUE
624    500 CONTINUE
625 C        THERE ARE NO LOTS IN THE QUEUES
626          LOT=0
627          GOTO 1000
628    800 CONTINUE
629 C        BASED UPON DISPATCH SCHEME, THE FIRST QUEUE WITH LOTS
630          HEAD=QPH(STEP,PROD)
631          LOT=QLOT(HEAD)
632   1000 CONTINUE
633          RETURN
634          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
635 C
636 C
637          SUBROUTINE WORK(WNUM,WVAL)
638 C        CHECK IF MACHINE IS AVAILABLE
639          INTEGER*2 WNUM,WVAL,START,END
640 C        WNUM   NUMBER OF WORK STATION
641 C        WVAL   IS NUMBER OF FIRST EMPTY MACHINE, ZERO IF NONE
642          INCLUDE 'COMRAM.FOR'
643          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
644      1      MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
645      2      HUBNO(50,5),  HUBNOX(50,5),  HUBPR(100,5),HUBNOY(50),
646      3      IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
647      4      LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
648      5      EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
649      6      QLOT(300), QPH(100,5), QPT(100,6), QKNT(100,5)
650          REAL PT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
651      1      TIMEX,DT, MAINT, CUM,REST
652          DIMENSION PT(50), RT(50), SETUP(100,5), PROTIM(100,5),
653      1      YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
654      2      TINT(5), MAINT(1000),CUM(100,5),REST(100)
655 C
656          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,PT,RT
657          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
658          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
659          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
660          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
661          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
662          COMMON QLOT,QPH,QPT,QKNT
663          WVAL=0
664          START=WSMACH(WNUM)
665          END=START+MACH(WNUM)-1
666    100 IF(MSTAT(START).EQ. -1) GOTO 900
667          IF (START.EQ.END) GOTO 1000
668          START=START+1
669          GOTO 100
670    900 CONTINUE
671          WVAL=START
672   1000 CONTINUE
673          RETURN
674          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
675
```

NUMBER OF WARNINGS IN COMPILATION : 0
NUMBER OF ERRORS   IN COMPILATION : 0

4,796,194

39                                                    40

RM/FORTRAN Compiler (V2.00A)
Source File: FABPAT.FOR                 Options: /l/p 60

```
   1        PROGRAM FABSIM
   2 C      THIS PROGRAM MODELS WAFER-LOT MOVEMENT AND
   3 C      MACHINE INTERACTIONS, PROVIDES DETAILED
   4 C      BEHAVIOR INCLUDING MACHINE SCHEDULES
   5 C
   6 C      REV. 1.0        18 AUGUST 1986
   7 C      MAIN PROGRAM
   8 C      WAFER FABRICATION DYNAMICS SIMULATION
   9 C
  10        REAL DTIME
  11        INTEGER*2 OCY,TOT
  12        CHARACTER*12 PRBDES, LOTST, FABDES, PRODES(5)
  13        INCLUDE 'COMRAM.FOR'
  14        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
  15       1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
  16       2        HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
  17       3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
  18       4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
  19       5        EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
  20       6        QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
  21        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
  22       1        TIMEX,DT, MAINT, CUM,REST
  23        DIMENSION FT(50), RT(60), SETUP(100,5), PROTIM(100,5),
  24       1        YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
  25       2        TINT(5), MAINT(1000),CUM(100,5),REST(100)
  26 C
  27        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
  28        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
  29        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
  30        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
  31        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
  32        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
  33        COMMON QLOT,QPH,QPT,QKNT
  34        WRITE (*,100)
  35        WRITE (*,110)
  36        WRITE (*,120)
  37        WRITE (*,130)
  38  100   FORMAT (' WAFER FABRICATION DYNAMICS SIMULATION SYSTEM')
  39  110   FORMAT (' COPYRIGHT, IN-MOTION TECHNOLOGY, 1986')
  40  120   FORMAT (' ******************************')
  41  130   FORMAT ('                              ')
  42 C
  43 C      PROGRAM USES NESTED INPUT FILES
  44 C      REQUESTS NAME OF PROBLEM DESCRIPTION FILE
  45        WRITE (*,1000)
  46  1000  FORMAT (' NAME OF PROBLEM DESCRIPTION FILE')
  47        READ (*,*) PRBDES
  48        WRITE (*,1010)
  49        WRITE (*,*)  PRBDES
  50  1010  FORMAT (' NAME OF PROBLEM DESCRIPTION FILE' )
  51 C
  52        READ (*,*) DTIME
  53        WRITE (*,*) DTIME
  54 C
  55        NU=1
  56        OPEN (NU,FILE=PRBDES)
  57        READ (NU,*) FABDES
  58        WRITE (*,1040)
  59        WRITE (*,*) FABDES
  60 C
  61        READ (NU,*) NUMPR
  62        WRITE (*,*) NUMPR
  63        WRITE (*,1040)
  64        DO 1020 K=1,NUMPR
  65           READ (NU,*) PRODES(K)
  66           WRITE (*,*) PRODES(K)
```

4,796,194

**41**                                                    **42**

```
67  1020 CONTINUE
68.       READ  (NU,*) LOTST
69        WRITE (*,*) LOTST
70        READ (NJ, 1030) SHOR,TSTRT
71        WRITE (*,*) SHOR,TSTRT
72  1030 FORMAT(2F8.2)
73             CLOSE (NU)
74  1040 FORMAT (' NAME OF FAB DESCRIPTION FILE')
75 C
76        CALL WKINP(FABDES)
77        DO 2000 I=1,WSMX
78        WRITE (*,*) WSN(I), MACH(I), BS(I), FT(I), RT(I)
79  2000 CONTINUE
80 C
81        CALL WSNK(X)
82 C
83        WRITE (*,2009)
84  2009 FORMAT ( ' EQUIPMENT TABLE')
85        DO 2010 K=1,WSMX
86        WRITE (*,*) WSN(K),MACH(K), WSMACH(K)
87  2010 CONTINUE
88        DO 2020 K=1,MTOT
89        WRITE (*,*) K,MACHX(K),MSTAT(K)
90  2020 CONTINUE
91 C
92 C
93        DO 2300 K=1,NUMPR
94 C
95        CALL PRINP(PRODES(K), K)
96 C
97        WRITE (*,2190) K
98  2190 FORMAT(' PROCESS NUMBER', I5)
99        DO 2200 I=1, STPNUM(K)
100       WRITE (*,*) I, PROCES(I,K), SETUP(I,K), PROTIM(I,K), YIELD(I,K)
101  2200 CONTINUE
102  2300 CONTINUE
103       CALL HUBNOK(X)
104       CALL HUBOUT(X)
105       CALL LOTINP(LOTST)
106       WRITE (*,2310)
107  2310 FORMAT (' LOT START INFORMATION')
108       WRITE (*,2313)
109  2313 FORMAT(' PROS INTER   NUM  SIZE')
110       DO 2315 I=1,NUMPR
111       WRITE (*, 2314) I,TINT(I), MSTRT(I), LOTSZ(I)
112  2314 FORMAT(I5,F8.3,2I5)
113  2315 CONTINUE
114       CALL LOTAB (TOT)
115       WRITE (*,2320)
116  2320 FORMAT ( 'LOT STARTS ')
117       WRITE (*,*) TOTL(1),TOTL(2),TOTL(3),TOTL(4),TOTL(5)
118       WRITE (*,2340)
119  2340 FORMAT (' INITIAL LOT ARRAY')
120       DO 2400 I=1,TOT
121       WRITE (*,*) ALNK(I),ST(I),IP(I), IPS(I), WSL(I), AT(I)
122  2400 CONTINUE
123 C
124 C     CALL QINIT(X)
125       TIMEX=0.
126       OCY=1
127       CALL CYCLET(CYCLE,OCY)
128       CALL IMAGE(0.)
129 C
130       CALL DYNAM(DTIME)
131       END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0
```

4,796,194

43                                          44

```
132          SUBROUTINE DYNAM(DTIME )
133 C        LOT DYNAMICS DRIVER
134          INTEGER*2 EVENT, EVMOL
135          REAL TIME,DTIME
136          INCLUDE 'COMRAM.FOR'
137          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
138   1             MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
139   2             HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
140   3             IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
141   4             LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
142   5             EHD,ETL,ETLM,ALNK(300),TOTL(6),LHEAD,
143   6             QLOT(300), QPE(100,5), QPT(100,5), QKNT(100,5)
144          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT, TSTRT,ETIME,
145   1             TIMEX,DT, MAINT, CUM,REST
146          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
147   1             YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
148   2             TINT(5), MAINT(1000),CUM(100,5),REST(100)
149 C
150          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
151          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
152          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
153          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
154          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
155          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
156          COMMON QLOT,QPE,QPT,QKNT
157          TIMEX=TSTRT
158          TIME=TSTRT
159          TLAST=TSTRT+SHOR
160          TLAST=TSTRT+DTIME
161          EVENT=1
162          EVMOL=LHEAD
163          IXLOT=LHEAD
164   10     CONTINUE
165          IF (TIME.GT.TLAST) GOTO 1000
166          TIMEX=TIME
167              GOTO (100,200,300,400) EVENT
168   100          CALL EVSL1(EVMOL)
169              GOTO 500
170   200          CALL EVMU2(EVMOL)
171              GOTO 500
172   300          CALL EVMD3(EVMOL)
173              GOTO 500
174   400          CALL EVMR4(EVMOL)
175   500      CONTINUE
176              CALL IMAGE(X)
177          CALL NEXT(EVENT, TIME,EVMOL)
178              GOTO 10
179   1000 CONTINUE
180          RETURN
181          END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0


182 C
183 C
184          SUBROUTINE NEXT(EVENT,TIME ,EVMOL)
185 C        EVENT      TYPE OF EVENT
186 C        TIME       TIME OF EVENT
187 C        EVMOL      MACHINE OR LOT ID
188          INTEGER*2 EVENT, EVMOL
189          REAL TIME
190          INCLUDE 'COMRAM.FOR'
191          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
```

**45**          **4,796,194**          **46**

```
192      1         MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
193      2         HUBNO(50,5),  HUBNOX(50,5),  HUBPR(100,5),HUBNOY(50),
194      3         IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
195      4         LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
196      5         EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
197      6         QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
198          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
199      1         TIMEX,DT, MAINT, CUM,REST
200          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
201      1         YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
202      2         TINT(5), MAINT(1000),CUM(100,5),REST(100)
203  C .
204          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
205          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
206          COMMON TIMEX, SEOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
207          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
208          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
209          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
210          COMMON QLOT,QPH,QPT,QKNT
211  C      SET NEXT EVENT EQUAL TO LOT START
212          EVENT=1
213          TIME=ST(IXLOT)
214          SVMOL=IXLOT
215          IF(EHD.EQ.0) GOTO 1000
216  C      COMPARE TO NEXT MACHINE EVENT
217          IF(TIME.LE.ETIME(ETL)) GOTO 1000
218          TIME=ETIME(ETL)
219          EVENT=ETYPE(ETL)
220          SVMOL=ETL
221          IF (ETH.EQ.ETL) GOTO 900
222          ETL=ETLM
223          BLNK(ETLM)=0
224          GOTO 1000
225      900 CONTINUE
226  C      MACHINE EVENT LIST IS NOW EMPTY
227          ETH=0
228          ETL=0
229          ETLM=0
230     1000 CONTINUE
231          RETURN
232          END
```

```
NUMBER OF WARNINGS IN PROGRAM UNIT: 0 ·
NUMBER OF ERRORS   IN PROGRAM UNIT: 0
```

```
233  C
234  C
235          SUBROUTINE SCHED(MSN,IVNT,TIMZ )
236  C  MSN      MACHINE NUMBER
237  C  IVNT     EVENT TYPE
238  C  TIME     TIME FOR NEXT EVENT
239          INTEGER*2 NEXT,NEXTL
240          INCLUDE 'COMRAM.FOR'
241          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
242      1         MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
243      2         HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
244      3         IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
245      4         LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
246      5         EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
247      6         QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
248          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
249      1         TIMEX,DT, MAINT, CUM,REST
250          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
251      1         YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
252      2         TINT(5), MAINT(1000),CUM(100,5),REST(100)
253  C
```

4,796,194

47                                          48

```
254        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
255        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
256        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
257        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
258        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
259        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
260        COMMON QLOT,QPH,QPT,QKNT
261        IF (EHD.EQ.0) GOTO 800
262        IF (TIME .LE. ETIME(EHD)) GOTO 100
263 C      NEW HEAD
264        BLNK(MSN)=EHD
265        EHD=MSN
266        GOTO 1000
267  100   NEXT=BLNK(EHD)
268        NEXTL=EHD
269  150   IF (NEXT.EQ.0) GOTO 900
270        IF (EHD.EQ.ETL) GOTO 700
271        IF (TIME .LE. ETIME(NEXT)) GOTO 200
272            BLNK(MSN)=NEXT
273            BLNK(NEXTL)=MSN
274        GOTO 1000
275  200   NEXTL=NEXT
276        NEXT=BLNK(NEXT)
277        GOTO 150
278  700 CONTINUE
279 C      SECOND ITEM TO LIST
280        ETL=MSN
281        BLNK(EHD)=MSN
282        BLNK(ETL)=0
283        ETLM=EHD
284        GOTO 1000
285  800 CONTINUE
286 C .    EVENT LIST IS EMPTY, ADD TO IT
287        EHD=MSN
288        ETL=MSN
289        BLNK(MSN)=0
290        GOTO 1000
291  900 CONTINUE
292 C      NEW TAIL
293        ETL=MSN
294        BLNK(NEXT)=MSN
295        BLNK(MSN)=0
296        ETLM=NEXT
297 1000 CONTINUE
298 C      EVENT HAS BEEN SCHEDULED
299        RETURN
300        END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0


301 C
302 C
303        SUBROUTINE EVSL1(EVMOL)
304 C      LOT START ROUTINE
305        INTEGER*2 EVMOL
306        INCLUDE 'COMRAM.FOR'
307        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACEX(1000),WSMACH(50)
308    1       MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
309    2       HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
310    3       IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
311    4       LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
312    5       EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
313    6       QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
314        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
```

4,796,194

49                                                      50

```
315      1          TIMEX,DT, MAINT, CUM,REST
316         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
317      1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
318      2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
319   C
320         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
321         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
322         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
323         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
324         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
325         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
326         COMMON QLOT,QPH,QPT,QKNT
327         WRITE (*,100) EVMOL, TIMEX
328  100    FORMAT (' LOT START ',I5,' TIME IS ',F8.3)
329         IXLOT=ALNK(IXLOT)
330         CALL EVLM5(EVMOL)
331         RETURN
332         END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS  IN PROGRAM UNIT: 0


333   C
334   C
335         SUBROUTINE EVMU2(EVMOL)
336   C     UNLOAD A MACHINE
337         INTEGER*2 EVMOL, LOTID, LOTLOD
338         INCLUDE 'COMRAM.FOR'
339         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
340      1          MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
341      2          HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
342      3          IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
343      4          LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
344      5          EHD,ETL,ETLM,ALNK(300),TOTL(6),LHEAD,
345      6          QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
346         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
347      1          TIMEX,DT, MAINT, CUM,REST
348         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
349      1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
350      2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
351   C
352         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
353         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
354         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
355         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
356         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
357         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
358         COMMON QLOT,QPH,QPT,QKNT
359         WRITE(*,100) EVMOL,TIMEX
360  100    FORMAT(' MACHINE UNLOAD ', I5,' TIME IS ',F8.3)
361         MSTAT(EVMOL)=-1
362         LOTID=MWLOT(EVMOL)
363         CALL EVLM5(LOTID)
364         IF (MAINT(EVMOL).LE.TIMEX) GOTO 900
365         CALL QUEUE(WSNE(EVMOL), LOTLOD)
366         IF (LOTLOD.EQ.0) GOTO 1000
367         CALL EVLM6(LOTID,LOTLOD)
368         GOTO 1000
369  900    CONTINUE
370   C     MACHINE IS SCHEDULED TO FAIL
371         MAINT(EVMOL)=TIMEX
372         CALL EVMD3(EVMOL)
373  1000   CONTINUE
374         RETURN
375         END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS  IN PROGRAM UNIT: 0

4,796,194

51                                                          52

```
376  C
377  C
378        SUBROUTINE EVMD3(MSN)
379  C     MACHINE GOES DOWN
380        INTEGER*2 MSN, WSKK
381        REAL TIME
382        INCLUDE 'COMRAM.FOR'
383        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
384     1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
385     2        HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
386     3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
387     4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
388     5        EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
389     6        QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
390        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
391     1        TIMEX,DT, MAINT, CUM,REST
392        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
393     1        YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
394     2        TINT(5), MAINT(1000),CUM(100,5),REST(100)
395  C
396        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
397        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
398        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
399        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
400        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
401        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
402        COMMON QLOT,QPH,QPT,QKNT
403        WRITE(*,100) MSN,TIMEX
404  100   FORMAT(' MACHINE FAILS ', IS,'TIME IS ',F8.3)
405        MSTAT(MSN)=-2
406        WSKK=WSMACH(MSN)
407        TIME=TIMEX+RT(WSKK)
408        ETIME(MSN)=TIME
409        ETYPE(MSN)=3
410        CALL SCHED(MSN,3,TIME)
411        RETURN
412        END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0


413  C
414  C
415        SUBROUTINE EVMR4(MSN)
416  C     MACHINE IS REPAIRED
417        INCLUDE 'COMRAM.FOR'
418        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
419     1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
420     2        HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
421     3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
422     4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
423     5        EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
424     6        QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
425        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
426     1        TIMEX,DT, MAINT, CUM,REST
427        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
428     1        YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
429     2        TINT(5), MAINT(1000),CUM(100,5),REST(100)
430  C
431        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
432        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
433        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
434        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
435        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
436        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
```

4,796,194

53                                                        54

```
437          COMMON QLOT,QPH,QPT,QKNT
438              WRITE(*,100) MSN,TIMEX
439     100   FORMAT(' MACHINE IS REPAIRED',I5,' TIME IS',F8.3)
440          MSTAT(MSN)=-1
441          CALL QUEUE(WSNE(MSN),LOTLOD)
442          IF (LOTLOD.EQ.0) GOTO 1000
443          CALL EVML6(LOTLOD,MSN)
444    1000  CONTINUE
445          RETURN
446          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
447  C
448  C
449          SUBROUTINE EVLM5(LOTID)
450          INTEGER*2 LOTID,PROD,INDEX,INDEXB,INDEXC,INDEXD,INDEXE,MCK
451          INCLUDE 'COMRAM.FOR'
452          INTEGER*2 WSN(50), MACE(50), BS(50), WSMX, MACHX(1000),WSMACE(50),
453     1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
454     2        HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
455     3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
456     4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
457     5        EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
458     6        QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
459          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
460     1        TIMEX,DT, MAINT, CUM,REST
461          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
462     1        YIELD(100,5), ST(300), AT(300), ETIME(300),DT(300),
463     2        TINT(5), MAINT(1000),CUM(100,5),REST(100)
464  C
465          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
466          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
467          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
468          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
469          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
470          COMMON ALNK, IP, IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
471          COMMON QLOT,QPH,QPT,QKNT
472  C
473              WRITE (*,100) LOTID,TIMEX
474     100   FORMAT(' LOT MOVE', I5,' TIME IS',F8.3)
475  C        LOTID IS THE LOCATION IN THE LOT LIST
476          PROD=IP(LOTID)
477          INDEXB=IPS(LOTID)
478          IPS(LOTID)=IPS(LOTID)+1
479          INDEX=IPS(LOTID)
480          IF (INDEX.GT.STPNUM(PROD)) GOTO 1000
481          IPART(LOTID)=LOTSZ(PROD)*CUM(INDEX,PROD)
482  C        INCREMENT QUEUE
483          QKNT(INDEX,PROD)=QKNT(INDEX,PROD)+1
484          IF (QKNT(INDEX,PROD).EQ.1) THEN
485              QPH(INDEX,PROD)=LOTID
486              QPT(INDEX,PROD)=LOTID
487          ELSE IF (INDEXB.EQ.0) THEN
488              QLOT(LOTID)=QPH(INDEX,PROD)
489              QPH(INDEX,PROD)=LOTID
490          ELSE
491  C        MOVE A LOT TO NEXT QUEUE
492              INDEXD=QPH(INDEXB,PROD)
493              INDEXE=QLOT(INDEXD)
494  C        CHANGE TAIL OF NEW QUEUE
495              INDEXC=QPT(INDEX,PROD)
496              QLOT(INDEXC)=LOTID
497              QPT(INDEX,PROD)=QPH(INDEXB,PROD)
```

**4,796,194**

55                                                      56

```
498              QLOT(LOTID)=0
499  C    CHANGE HEAD OF OLD QUEUE
500              QPE(INDEXB,PROD)=INDEXZ
501              QKNT(INDEXB,PROD)=QKNT(INDEXB,PROD)-1
502          END IF
503  C    ASSIGN LOT TO WORKSTATION
504          WSL(LOTID)=PROCES(INDEX,PROD)
505  C    DETERMINE IF MACHINE IS AVAILABLE
506          CALL WORK(WSL(LOTID),MCK)
507          IF (MCK.EQ.0) GOTO 1000
508          CALL EVML6(LOTID,MCK)
509  1000  CONTINUE
510          RETURN
511          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
512  C
513  C
514          SUBROUTINE EVML6(LOTID,MSN)
515  C    LOAD A MACHINE
516  C    MSN      MACHINE NUMBER
517  C    LOTID    LOT ID
518          INTEGER*2 LOTID,MSN,PSTEP,PROD
519          INCLUDE 'COMRAM.FOR'
520          INTEGER*2 WSN(50), MACH(50),  BS(50), WSMX, MACHX(1000),WSMACH(50),
521     1          MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
522     2          HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
523     3          IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
524     4          LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000), MWLOT(1000),
525     5          EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
526     6          QLOT(300), QPE(100,5), QPT(100,5), QKNT(100,5)
527          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
528     1          TIMEX,DT, MAINT, CUM,REST
529          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
530     1          YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
531     2          TINT(5), MAINT(1000),CUM(100,5),REST(100)
532  C
533          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
534          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
535          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
536          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
537          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
538          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
539          COMMON QLOT,QPE,QPT,QKNT
540          WRITE (*,100) LOTID,MSN,TIMEX
541  100   FORMAT(' MACHINE LOAD, LOT',I5,' MACHINE',I5, ' TIME',F8.3)
542          MSTAT(MSN)=0
543          MWLOT(MSN)=LOTID
544          PROD =IP(LOTID)
545          PSTEP =IPS(LOTID)
546          ETIME(MSN)=TIMEX+ PROTIM(PSTEP,PROD)
547          ETYPE(MSN)=2
548          CALL SCHED (MSN,2,ETIME(MSN))
549          RETURN
550          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

4,796,194

```
551        SUBROUTINE QUEUE(WS,LOT)
552 C      EVALUATES INVENTORY AT WORK STATION
553 C      WS     NUMBER OF WORKSTATION
554 C      LOT    ID OF LOT SELECTED FROM QUEUE
555 C      BASED UPON DISPATCH SCHEME: PROCESS, LATEST STEPS FIRST, FIFO
556        INTEGER*2 WS,LOT,I,J,START,END,STEP,PROD,HEAD
557        INCLUDE 'COMRAM.FOR'
558        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACE(50),
559      1           MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
560      2           HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
561      3           IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
562      4           LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
563      5           EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
564      6           QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
565        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
566      1           TIMEX,DT, MAINT, CUM,REST
567        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
568      1           YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
569      2           TINT(5), MAINT(1000),CUM(100,5),REST(100)
570 C
571        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACE,WSMX,MTOT,FT,RT
572        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
573        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
574        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
575        COMMON HUBNO,HUBNOX,HUBPR
576        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
577        COMMON QLOT,QPH,QPT,QKNT
578        DO 500 J=1,NUMPR
579           START=HUBNOX(WS,J)
580           END=HUBNOX(WS,J)+HUBNO(WS,J)-1
581           DO 400 I=END,START,-1
582              PROD=J
583              STEP=HUBPR(I,J)
584              IF (QKNT(STEP,PROD).EQ.0) GOTO 400
585              GOTO 800
586     400    CONTINUE
587     500 CONTINUE
588 C      THERE ARE NO LOTS IN THE QUEUES
589        LOT=0
590        GOTO 1000
591     800 CONTINUE
592 C      BASED UPON DISPATCH SCHEME, THE FIRST QUEUE WITH LOTS
593        HEAD=QPH(STEP,PROD)
594        LOT=QLOT(HEAD)
595     1000 CONTINUE
596        RETURN
597        END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
598 C
599 C
600        SUBROUTINE WORK(WNUM,WVAL)
601 C      CHECK IF MACHINE IS AVAILABLE
602        INTEGER*2 WNUM,WVAL,START,END
603 C      WNUM    NUMBER OF WORK STATION
604 C      WVAL    IS NUMBER OF FIRST EMPTY MACHINE, ZERO IF NONE
605        INCLUDE 'COMRAM.FOR'
606        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACE(50),
607      1           MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
608      2           HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
609      3           IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
610      4           LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
611      5           EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
612      6           QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
```

4,796,194

59                                                                 60

```
613        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
614       1       TIMEX,DT, MAINT, CUM,REST
615        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
616       1       YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
617       2       TINT(5), MAINT(1000),CUM(100,5),REST(100)
618   C
619        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
620        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
621        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
622        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
623        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
624        COMMON ALNK, IP, IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
625        COMMON QLOT,QPH,QPT,QKNT
626        WVAL=0
627        START=WSMACH(WNUM)
628        END=START+MACH(WNUM)-1
629   100  IF(MSTAT(START).EQ. -1) GOTO 900
630        IF (START.EQ.END) GOTO 1000
631        START=START+1
632        GOTO 100
633   900  CONTINUE
634        WVAL=START
635   1000 CONTINUE
636        RETURN
637        END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0


638   C
639        SUBROUTINE LOTINP(LOTST)
640   C    LOTST      NAME OF FILE WITH LOT SET INFORMATION
641   C    MSTRT      MULTIPLE STARTS
642   C    TINT       START INTERVALS
643        CHARACTER*12 LOTST
644        INTEGER*2 KP, I
645        INCLUDE 'COMRAM.FOR'
646        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
647       1       MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
648       2       HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
649       3       IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
650       4       LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
651       5       EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
652       6       QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
653        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
654       1       TIMEX,DT, MAINT, CUM,REST
655        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
656       1       YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
657       2       TINT(5), MAINT(1000),CUM(100,5),REST(100)
658   C
659        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
660        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
661        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
662        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
663        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
664        COMMON ALNK, IP, IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
665        COMMON QLOT,QPH,QPT,QKNT
666        NU=1
667        OPEN(NU,FILE=LOTST)
668        DO 50 I=1,NUMPR
669        READ(NU,100) KP,LOTSZ(I),TINT(I),MSTRT(I)
670   50   CONTINUE
671   100  FORMAT(2I4,F8.2,I4)
672        CLOSE(NU)
```

4,796,194

61                                                              62

```
673        RETURN
674        END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0



675   C
676          SUBROUTINE HUBNOK(X)
677          INTEGER*2 I,J,K,L,INDEX
678          INCLUDE 'COMRAN.FOR'
679          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
680       1       MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
681       2       HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
682       3       IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
683       4       LOTSZ(5),IXLOT,STYPE(1000),BLNK(1000),MWLOT(1000),
684       5       EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
685       6       QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
686          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
687       1       TIMEX,DT, MAINT, CUM,REST
688          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
689       1       YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
690       2       TINT(5), MAINT(1000),CUM(100,5),REST(100)
691   C
692          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
693          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
694          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
695          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
696          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
697          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
698          COMMON QLOT,QPH,QPT,QKNT
699   C      SUBROUTINE ANALYZES THE HUB STRUCTURE OF SET OF PROCESSES
700          WRITE (*,10)
701   10     FORMAT (' NOW IN HUBNOK')
702          DO 30 I=1,NUMPR
703              DO 20 J=1,WSMX
704                  HUBNO(J,I)=0
705   20         CONTINUE
706   30     CONTINUE
707          DO 60 I=1,NUMPR
708              DO 50 J=1,STPNUM(I)
709                  DO 40 K=1,WSMX
710                      IF (PROCES(J,I).NE.K) GOTO 40
711                      HUBNO(K,I)=HUBNO(K,I)+1
712   C                  WRITE(*,*) I,J,K,HUBNO(K,I)
713                      GOTO 50
714   40             CONTINUE
715   50         CONTINUE
716   60     CONTINUE
717          DO 200 I=1,NUMPR
718              DO 70 L=1,WSMX
719                  HUBNOY(L)=0
720   70         CONTINUE
721              HUBNOX(1,I)=1
722              DO 80 J=2,WSMX
723                  INDEX=J-1
724                  HUBNOX(J,I)=HUBNOX(INDEX,I)+HUBNO(INDEX,I)
725   C              WRITE(*,*) I,J,HUBNO(J,I),HUBNOX(J,I)
726   80         CONTINUE
727              DO 100 J=1,STPNUM(I)
728                  DO 90 K=1,WSMX
729                      IF (PROCES(J,I).NE.K) GOTO 90
730                      INDEX=HUBNOX(K,I)+HUBNOY(K)
731                      HUBPR(INDEX,I)=J
732                      HUBNOY(K)=HUBNOY(K)+1
733   C                  WRITE (*,*) I,J,INDEX,HUBPR(INDEX,I)
```

```
734                   GOTO 100
735      90    CONTINUE
736     100    CONTINUE
737     200 CONTINUE
738         RETURN
739         END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
740 C
741 C
742         SUBROUTINE HUBOUT(X)
743 C     PRINTS OUT HUB ANALYSIS
744         INCLUDE 'COMRAN.FOR'
745         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACEX(1000),WSMACH(50),
746     1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
747     2        HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5), HUBNOY(50),
748     3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
749     4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
750     5        EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
751     6        QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
752         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
753     1        TIMEX,DT, MAINT, CUM,REST
754         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
755     1        YIELD(100,5), ST(300), AT(300), ETIME(300),DT(300),
756     2   .    TINT(5), MAINT(1000),CUM(100,5),REST(100)
757 C
758         COMMON WSN,MACH,BS,MACEX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
759         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
760         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
761         COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
762         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
763         COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
764         COMMON QLOT,QPH,QPT,QKNT
765 C       WRITE (*,5)
766 C   5 FORMAT(' NOW IN HUBOUT')
767
768         DO 1000 I=1,NUMPR
769             WRITE (*,10)
770      10    FORMAT (' PROCESS NUMBER ')
771             WRITE (*,*) I
772             WRITE (*,*)
773             WRITE (*,20)
774      20    FORMAT (' HUB NUMBER          HUB SET MARKER')
775             DO 30 J=1,WSMX
776                 WRITE (*,*) J,HUBNO(J,I),HUBNOX(J,I)
777      30    CONTINUE
778             WRITE (*,*)
779             WRITE (*,40)
780             WRITE (*,*)
781      40    FORMAT (' HUB SETS IN ORDER')
782 C
783             DO 500 J=1,WSMX
784                 WRITE (*,50) J
785      50        FORMAT (' WORKSTATION ',I4)
786                 WRITE (*,60)
787      60        FORMAT (' PROCESS STEPS ASSIGNED')
788                 START=HUBNOX(J,I)
789                 END=HUBNOX(J,I)+HUBNO(J,I)-1
790                 DO 450 K=START,END
791                     WRITE (*,*) J,HUBPR(K,I)
792     450        CONTINUE
793     500    CONTINUE
794    1000 CONTINUE
```

4,796,194

65                                        66

```
795          RETURN
796          END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0



797 C
798 C
799          SUBROUTINE PRINP(FABDES,K)
800 C        PRINP     CONTAINS NAME OF PROCESS FILE
801 C        K         COLUMN TO LOAD PROCESS DATA
802          INTEGER*2 K, KD, STPNM,NU
803          CHARACTER*12 FABDES
804          INCLUDE 'COMRAM.FOR'
805          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
806        1            MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
807        2            HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
808        3            IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
809        4            LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
810        5            EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
811        6            QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
812          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
813        1            TIMEX,DT, MAINT, CUM,REST
814          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
815        1            YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
816        2            TINT(5), MAINT(1000),CUM(100,5),REST(100)
817 C
818          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
819          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
820          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
821          COMMON PROCES,STPNUM,NUMPR, SETUP,PROTIM,YIELD,CUM,REST
822          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
823          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
824          COMMON QLOT,QPH,QPT,QKNT
825          NU=2
826          STPNM=1
827          OPEN (NU, FILE=FABDES)
828     100  CONTINUE
829          READ (NU,110,END=500) KD, PROCES(STPNM,K), SETUP(STPNM,K),
830        1                        PROTIM(STPNM,K), YIELD(STPNM,K)
831     110  FORMAT (2I4,3F6.2)
832          STPNM=STPNM+1
833          GOTO 100
834     500  CONTINUE
835          STPNUM(K)=STPNM-1
836          CLOSE(NU)
837          RETURN
838          END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0



839 C
840 C
841          SUBROUTINE WKINP(FABDES)
842 C        FABDES    NAME OF WORKSTATION DESCRIPTION FILE
843          INTEGER*2 NU
844          CHARACTER*12 FABDES
845          INCLUDE 'COMRAM.FOR'
846          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
```

```
                        67                                           68
847      1             MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
848      2             HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
849      3             IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
850     .4             LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
851      5      .      EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
852      6             QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
853            REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
854      1             TIMEX,DT, MAINT, CUM,REST
855            DIMENSION FT(50),  RT(50),  SETUP(100,5), PROTIM(100,5),
856      1             YIELD(100,5), ST(300),  AT(300),  ETIME(1000),DT(300),
857      2             TINT(5),  MAINT(1000),CUM(100,6),REST(100)
858  C
859            COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
860            COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
861            COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
862            COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
863            COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
864            COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
865            COMMON QLOT,QPH,QPT,QKNT
866            NU=1
867            WSMX=1
868            OPEN (NU, FILE=FABDES)
869     100    CONTINUE
870            READ (NU,110,END=500) WSN(WSMX), MACH(WSMX), BS(WSMX), FT(WSMX),
871      1                           RT(WSMX)
872     110    FORMAT (3I4,2F8.2)
873                   WSMX=WSMX+1
874                   GOTO 100
875     500 CONTINUE
876            WSMX=WSMX-1
877            CLOSE(NU)
878            RETURN
879            END


      NUMBER OF WARNINGS IN PROGRAM UNIT: 0
      NUMBER OF ERRORS   IN PROGRAM UNIT: 0


880  C
881  C
882            SUBROUTINE WSNE(X)
883  C         INITIALIZES MACHINE ARRAY
884            INTEGER*2 IST, ILST
885            INCLUDE 'COMRAM.FOR'
886            INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACS(50),
887      1             MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
888      2             HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
889      3             IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
890      4             LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
891      5             EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
892      6             QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
893            REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
894      1             TIMEX,DT, MAINT, CUM,REST
895            DIMENSION FT(50),  RT(50),  SETUP(100,5), PROTIM(100,5),
896      1.            YIELD(100,5), ST(300),  AT(300),  ETIME(1000),DT(300),
897      2             TINT(5),  MAINT(1000),CUM(100,5),REST(100)
898  C
899            COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
900            COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
901            COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
902            COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
903            COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
904            COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
905            COMMON QLOT,QPH,QPT,QKNT
906            IST=1
907            ILST=MACH(1)
```

4,796,194

69                                                      70

```
908          DO 1000 K=1, WSMX
909             WSMACH(K)=IST
910             DO 900 I=IST,ILST
911                MACHX(I)=WSN(K)
912                MSTAT(I)=-1
913    900      CONTINUE
914             IF (K.EQ.WSMX) GOTO 1000
915             IST=IST+MACH(K)
916             ILST=ILST+MACH(K+1)
917   1000   CONTINUE
918          MTOT=ILST
919 C        LINK LIST BLNK
920          KHD=0
921          ETL=0
922          ETLM=0
923          BLNK(MTOT)=0
924          DO 1100 I=2,MTOT
925             BLNK(I-1)=I
926   1100   CONTINUE
927          DO 1200 I=1,MTOT
928             ETYPE(I)=0
929             MWLOT(I)=0
930             ETIME(I)=0.
931             MAINT(I)=0.
932   1200   CONTINUE
933          RETURN
934          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
935 C
936 C
937          SUBROUTINE QINIT(X)
938 C        INITIALIZES PROCESS QUEUES
939          INTEGER*2 I,J,IND
940          INCLUDE 'COMRAM.FOR'
941          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
942       1     MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
943       2     HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
944       3     IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
945       4     LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
946       5     KHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
947       6     QLOT(300), QPE(100,5), QPT(100,5), QKNT(100,5)
948          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
949       1     TIMEX,DT, MAINT, CUM,REST
950          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
951       1     YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
952       2     TINT(5), MAINT(1000),CUM(100,5),REST(100)
953 C
954          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
955          COMMON ETYPE,BLNK,MWLOT,KHD,ETL,ETLM,ETIME, MAINT
956          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
957          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
958          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
959          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
960          COMMON QLOT,QPE,QPT,QKNT
961          DO 500 J=1,NUMPR
962             DO 300 I=1,STPNUM(J)
963                QPE(I,J)=0
964                QPT(I,J)=0
965                QKNT(I,J)=0
966    300      CONTINUE
967             IND=1
```

**4,796,194**

```
968          DO 400 I=1,TOTL(J)
969             QLOT(IND)=0
970             IND=IND+1
971    400    CONTINUE
972    500 CONTINUE
973        RETURN
974        END


NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0


975 C
976 C
977        SUBROUTINE CYCLET(CYCLE,OCY)
978        INTEGER*2 OCY,BNUM(100),LZ,ML,BCASE,BZ,BN,RB
979        REAL CYCLE
980 C      STEADY STATE CYCLE TIME ANALYSIS
981 C      CAN ADD A STANDARD WAIT TIME ARRAY
982 C      CYCLE  MINIMUM CYCLE TIME
983 C      OCY    OUTPUT OPTION
984 C      CYCLE CALCULATES CUM YIELD
985        INCLUDE 'COMRAN.FOR'
986        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
987    1        MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
988    2        HUBNO(50,5),HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
989    3        IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
990    4        LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
991    5        ERD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
992    6        QLOT(300), QPH(100,5),QPT(100,5),QKNT(100,5)
993        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
994    1        TIMEX,DT, MAINT, CUM,REST
995        DIMENSION FT(50), RT(50),.SETUP(100,5), PROTIM(100,5),
996    1        YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
997    2        TINT(5), MAINT(1000),CUM(100,5), REST(100)
998 C
999        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
1000       COMMON ETYPE,BLNK,MWLOT,ERD,ETL,ETLM,ETIME, MAINT
1001       COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
1002       COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
1003       COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
1004       COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
1005       COMMON QLOT,QPH,QPT,QKNT
1006       DO 1000 J=1,NUMPR
1007          CUM(1,J)=1.
1008          DO 800 I=2,STPNUM(J)
1009             CUM(I,J)=CUM(I-1,J)*YIELD(I,J)
1010   800    CONTINUE
1011          CYCLE=0.
1012          WRITE (*,840)
1013   840    FORMAT (' LOT  LOAD  CASE BATCH LNUMB  LAST, CUM CYCLE')
1014          DO 900 I=1,STPNUM(J)
1015             INDEX=PROCES(I,J)
1016             LZ=CUM(I,J)*LOTSZ(J)
1017             ML=BS(INDEX)
1018             CALL BATCH(LZ,ML,BCASE,BZ,BN,RB)
1019             BNUM(I)=BN
1020             REST(I)=BN*PROTIM(I,J)+SETUP(I,J)
1021             CYCLE=CYCLE+REST(I)
1022             WRITE (*,850) LZ,ML,BCASE,BZ,BN,RB,CYCLE
1023   850    FORMAT(6I6,F8.3)
1024   900    CONTINUE
1025          IF (OCY.EQ.0) GOTO 1000
1026 C    PRINT OUT RESULTS
1027          WRITE (*,910) J
1028   910    FORMAT (' PROCESS NUMBER ',I5)
1029          WRITE (*,*)
```

```
1030              WRITE (*,920)
1031      920     FORMAT (' CYCLE TIME ANALYSIS ')
1032              WRITE (*,*)
1033              WRITE (*,930)
1034      930     FORMAT(' STP. PROCESS, SETUP,  CUM, BATCHES, RES TIME ')
1035              DO 940 I=1,STPNUM(J)
1036                 WRITE (*,935) I, PROTIM(I,J),SETUP(I,J),CUM(I,J),BNUM(I),RES
1037      935     FORMAT (I5,3F8.3,I5,F8.3)
1038      940     CONTINUE
1039              WRITE (*,*)
1040              WRITE (*,960) CYCLE
1041      950     FORMAT (' MINIMUM CYCLE TIME ',F10.3)
1042     1000 CONTINUE
1043          RETURN
1044          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
1045 C
1046 C
1047          SUBROUTINE BATCH(LZ,ML,BCASE,BZ,BN,RB)
1048 C        SIMPLIFIED BATCH ROUTINE
1049 C        BATCHING-UP IS NOT IMPLEMENTED
1050 C        LZ          LOT SIZE
1051 C        ML          MACHINE LOAD SIZE
1052 C        BCASE       BATCHING CASE
1053 C        BZ          BATCH SIZE
1054 C        BN          NUMBER OF BATCHES
1055 C        RB          BATCH SIZE OF LAST BATCH
1056          INTEGER*2 LZ,ML,BCASE,BZ,BN,RB
1057          IF (LZ.LE.ML) THEN
1058             BCASE = 1
1059             BZ=LZ
1060             BN=1
1061             RB=0
1062          ENDIF
1063          IF (LZ.GT.ML) THEN
1064             BCASE=2
1065             BZ=ML
1066             BN=LZ/ML
1067             RB=LZ-BN*ML
1068             BN=BN+1
1069          ENDIF
1070          RETURN
1071          END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
1072
1073          SUBROUTINE LOTAB (INDEX)
1074 C        SETS UP LOT TABLES, INITIALIZATION
1075 C        INDEX    NUMBER OF LOTS
1076          INTEGER*2 TOTLX, INDEX
1077          INCLUDE 'COMRAM.FOR'
1078          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACE(50),
1079      1   MSTAT(1000), MTOT, PROCSS(100,5), STPNUM(5), NUMPR,
1080      2   HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
1081      3   IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
1082      4   LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
```

4,796,194

75                                                        76

```
1083      5           EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
1084      6           QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
1085          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
1086      1           TIMEX,DT, MAINT, CUM,REST
1087          DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
1088      1           YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
1089      2           TINT(5), MAINT(1000),CUM(100,5),REST(100)
1090  C
1091          COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
1092          COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
1093          COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
1094          COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM, REST
1095          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
1096          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
1097          COMMON QLOT,QPH,QPT,QKNT
1098          INDEX=1
1099          DO 500 I=1, NUMPR
1100             TOTLX= INT(SHOR/TINT(I))+1
1101             TOTL(I)= (TOTLX)*MSTRT(I)
1102             TIME=TSTRT
1103             DO 400 J=1,TOTLX
1104                DO 300 K=1,MSTRT(I)
1105                   ST(INDEX)=TIME
1106                   IP(INDEX)=I
1107                   IPS(INDEX)=0
1108                   WSL(INDEX)=0
1109                   IPART(INDEX)=LOTSZ(I)
1110                   AT(INDEX)=0.
1111                   INDEX=INDEX+1
1112  300            CONTINUE
1113                TIME=TIME+TINT(I)
1114  400         CONTINUE
1115  500      CONTINUE
1116          INDEX=INDEX-1
1117          IF (NUMPR.EQ.1) GOTO 600
1118          CALL LOTSRT(INDEX)
1119          GOTO 700
1120  600   DO 650 I=2, INDEX
1121             ALNK(I-1)=I
1122  650   CONTINUE
1123          ALNK(INDEX)=0
1124  700   CONTINUE
1125          RETURN
1126          END



        NUMBER OF WARNINGS IN PROGRAM UNIT: 0
        NUMBER OF ERRORS   IN PROGRAM UNIT: 0



1127  C
1128  C
1129          SUBROUTINE LOTSRT(INDEX)
1130  C       SORTS LOT SET FOR START TIME
1131  C       INDEX   TOTAL NUMBER OF LOTS STARTED
1132          INTEGER*2 INDEX, NLESS2, I,J,K,L,P
1133          LOGICAL SWAP
1134          INCLUDE 'COMRAM.FOR'
1135          INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
1136      1           MSTAT(1000), MTOT,. PROCES(100,5), STPNUM(5), NUMPR,
1137      2           HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
1138      3           IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
1139      4           LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
1140      5           EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
1141      6           QLOT(300), QPH(100,5), QPT(100,5), QKNT(100,5)
1142          REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
```

4,796,194

77                                        78

```
1143        1                TIMEX,DT, MAINT, CUM,REST
1144        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
1145        1           YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
1146        2           TINT(5), MAINT(1000),CUM(100,5),REST(100)
1147 C
1148        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
1149        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
1150        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
1151        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
1152        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
1153        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
1154        COMMON QLOT,QPE,QPT,QKNT
1155        LHEAD=1
1156        NLESS2=INDEX-2
1157        DO 10 I=2,INDEX
1158            ALNK(I-1) = I
1159            IF (ST(I).LT.ST(LHEAD)) LHEAD=I
1160     10 CONTINUE
1161        ALNK(INDEX)=0
1162 C  BUBBLE SORT LOT START TIMES
1163        DO 60 I=1, NLESS2
1164            SWAP= .FALSE.
1165            P=LHEAD
1166            DO 50 J=I,NLESS2
1167                K=ALNK(P)
1168                L=ALNK(K)
1169                IF (ST(K).LE.ST(L)) GO TO 40
1170                    ALNK(P)=L
1171                    ALNK(K)=ALNK(L)
1172                    ALNK(L) = K
1173                    P=L
1174                    SWAP = .TRUE.
1175                    GOTO 50
1176     40         P = K
1177     50     CONTINUE
1178            IF (.NOT. SWAP) RETURN
1179     60 CONTINUE
1180        RETURN
1181        END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
1182 C
1183        SUBROUTINE IMAGE(X)
1184 C  PRINTS SYSTEM IMAGE AT TIMEX
1185        INTEGER*2 IND,X
1186        INCLUDE 'COMRAN.FOR'
1187        INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
1188        1           MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
1189        2           HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
1190        3           IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
1191        4           LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
1192        5           EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
1193        6           QLOT(300), QPE(100,5), QPT(100,5), QKNT(100,5)
1194        REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
1195        1           TIMEX,DT, MAINT, CUM,REST
1196        DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
1197        1           YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
1198        2           TINT(5), MAINT(1000),CUM(100,5),REST(100)
1199 C
1200        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
1201        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
1202        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
1203        COMMON PROCES,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
```

4,796,194

79            80

```
1204          COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
1205          COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
1206          COMMON QLOT,QPH,QPT,QKNT
1207          WRITE (*,*)
1208          WRITE (*,50) TIMEX
1209    50    FORMAT (' SYSTEM IMAGE AT ',F10.3)
1210          WRITE (*,*)
1211          WRITE (*,51)
1212    51    FORMAT (' LOT ARRAY ')
1213          WRITE (*,52)
1214    52    FORMAT (' NUMBER, START, PROCESS, STEP, STATN, PARTS, ACTION')
1215          IND=1
1216          K=LHEAD
1217          WRITE (*,*) NUMPR,TOTL(1),TOTL(2),TOTL(3),TOTL(4),TOTL(5)
1218          DO 150 J=1,NUMPR
1219              WRITE(*,*) TOTL(J)
1220          DO 60 I=1,TOTL(J)
1221              WRITE (*,59) IND,ST(K),IP(K), IPS(K), WSL(K), IPART(K), AT(K)
1222    59        FORMAT(I5,F6.3,4I5,F6.3)
1223              IND=IND+1
1224              K=ALNK(K)
1225    60    CONTINUE
1226   150    CONTINUE
1227          WRITE (*,*)
1228          WRITE (*,210)
1229   210    FORMAT (' MACHINE LIST')
1230          WRITE (*,*)
1231          WRITE (*,220)
1232   220    FORMAT (' NUMBER, MACHINE, STATUS ')
1233          DO 300 I=1,MTOT
1234              WRITE(*,*) I,MACHX(I),MSTAT(I)
1235   300    CONTINUE
1236   C      EVENTS
1237          IF (EHD.EQ.0) GOTO 400
1238          WRITE (*,*)
1239          WRITE (*,310)
1240   310    FORMAT (' SCHEDULED EVENTS')
1241          WRITE (*,320)
1242   320    FORMAT (' MACH  TYPE  LOT STATUS    TIME    MAINT')
1243          K=EHD
1244   330    CONTINUE
1245          WRITE (*,340) K, ETYPE(K),MWLOT(K), MSTAT(K),ETIME(K), MAINT(K)
1246   340        FORMAT (4I5,2F8.3)
1247          IF (K.EQ.ETL) GOTO 400
1248              K=BLNK(K)
1249          GOTO 330
1250   C      PROCESS STEP QUEUE STATUS
1251   400    CONTINUE
1252          IF (EHD.GT.0) CALL QEVENT(X)
1253          WRITE (*,*)
1254          DO 450 J=1,NUMPR
1255              DO 440 I=1,STPNUM(J)
1256                  IF (QKNT(I,J).EQ.0) GOTO 440
1257                  WRITE (*,410) I,J
1258   410            FORMAT(' QUEUE FOR PROCESS STEP',I5,' PROCESS',I5)
1259                  WRITE (*,415) QKNT(I,J)
1260   415            FORMAT(' LOTS IN QUEUE ', I5)
1261                  K=QPH(I,J)
1262                  DO 430 L=1,QKNT(I,J)
1263                      WRITE (*,420) K
1264   420                FORMAT (' LOT  ',I5)
1265                      K=QLOT(K)
1266   430            CONTINUE
1267   440        CONTINUE
1268   450    CONTINUE
1269          CALL QMULTI(X)
```

4,796,194

```
1270  C      STATISTICAL SUMMARIES
1271         RETURN
1272         END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
1273  C
1274  C
1275         SUBROUTINE QEVENT(X)
1276         INTEGER*2 I,J,K
1277         INCLUDE 'COMRAM.FOR'
1278         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
1279       1      MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
1280       2      HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
1281       3      IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
1282       4      LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
1283       5      EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
1284       6      QLOT(300), QPE(100,5), QPT(100,5), QKNT(100,5)
1285         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
1286       1      TIMEX,DT, MAINT, CUM,REST
1287         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
1288       1      YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
1289       2      TINT(5), MAINT(1000),CUM(100,5),REST(100)
1290  C
1291         COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
1292         COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
1293         COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
1294         COMMON PROCES,STPNUM,NUMPR, SETUP,PROTIM,YIELD,CUM,REST
1295         COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
1296         COMMON ALNK, IP, IPS, WSL, IPART, ST, AT, IXLOT, DT, LHEAD
1297         COMMON QLOT, QPE, QPT, QKNT
1298         DO 100 I=1,MTOT
1299            WRITE (*,50) I,BLNK(I)
1300      50    FORMAT (2I6)
1301     100 CONTINUE
1302         RETURN
1303         END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

```
1304
1305  C
1306  C
1307         SUBROUTINE QMULTI(X)
1308         INCLUDE 'COMRAM.FOR'
1309         INTEGER*2 WSN(50), MACH(50), BS(50), WSMX, MACHX(1000),WSMACH(50),
1310       1      MSTAT(1000), MTOT, PROCES(100,5), STPNUM(5), NUMPR,
1311       2      HUBNO(50,5), HUBNOX(50,5), HUBPR(100,5),HUBNOY(50),
1312       3      IP(300),IPS(300),WSL(300),IPART(300),MSTRT(5),
1313       4      LOTSZ(5),IXLOT,ETYPE(1000),BLNK(1000),MWLOT(1000),
1314       5      EHD,ETL,ETLM,ALNK(300),TOTL(5),LHEAD,
1315       6      QLOT(300), QPE(100,5), QPT(100,5), QKNT(100,5)
1316         REAL FT,RT,SHOR,SETUP, PROTIM, YIELD, ST,AT,TINT,TSTRT,ETIME,
1317       1      TIMEX,DT, MAINT, CUM,REST
1318         DIMENSION FT(50), RT(50), SETUP(100,5), PROTIM(100,5),
1319       1      YIELD(100,5), ST(300), AT(300), ETIME(1000),DT(300),
1320       2      TINT(5), MAINT(1000),CUM(100,5),REST(100)
1321  C
```

4,796,194

83                                    84

```
1322        COMMON WSN,MACH,BS,MACHX,MSTAT,WSMACH,WSMX,MTOT,FT,RT
1323        COMMON ETYPE,BLNK,MWLOT,EHD,ETL,ETLM,ETIME, MAINT
1324        COMMON TIMEX, SHOR, TSTRT, TINT, MSTRT, LOTSZ, TOTL
1325        COMMON PROCS,STPNUM,NUMPR,SETUP,PROTIM,YIELD,CUM,REST
1326        COMMON HUBNO,HUBNOX,HUBPR,HUBNOY
1327        COMMON ALNK,IP,IPS,WSL,IPART,ST,AT,IXLOT,DT,LHEAD
1328        COMMON QLOT,QPH,QPT,QKNT
1329        INTEGER*2 I,J,K,L
1330 C      OUTPUT PROCESS STEP QUEUES
1331        L=1
1332        WRITE (*,30)
1333    30  FORMAT(' LINKED LIST FOR LOT QUEUES')
1334        DO 50 I=1,NUMPR
1335          DO 40 J=1,TOTL(I)
1336            WRITE(*,41) L,QLOT(L)
1337    41      FORMAT(2I5)
1338            L=L+1
1339    40    CONTINUE
1340    50  CONTINUE
1341 C      QUEUE POINTERS AND COUNTS
1342        WRITE (*,55)
1343    55  FORMAT(' PROD PROC KNT  HEAD TAIL')
1344        DO 80 I=1,NUMPR
1345          DO 70 J=1,STPNUM(I)
1346            WRITE(*,60) I,J,QKNT(J,I),QPH(J,I),QPT(J,I)
1347    60      FORMAT(5I5)
1348    70    CONTINUE
1349    80  CONTINUE
1350        RETURN
1351        END
```

NUMBER OF WARNINGS IN PROGRAM UNIT: 0
NUMBER OF ERRORS   IN PROGRAM UNIT: 0

1352

NUMBER OF WARNINGS IN COMPILATION : 0
NUMBER OF ERRORS   IN COMPILATION : 0

What is claimed is:

1. A process for modeling a manufacturing plant, which comprises delineating a set of factory operating rules which define how part lots interact with machines in actual operation of the plant, defining the manufacturing plant by specifying machines in the plant and at least batch size and processing time parameters of each machine, defining products manufactured in the plant, providing fabrication sequences consisting of process steps for the products manufactured in the plant, assigning the process steps to the machines, defining at least time and yield characteristics of each process step, identifying which phenomena in the manufacturing plant are stochastic in nature, and assigning distributions and parameters of the distributions to the stochastic phenomena.

2. The process of claim 1 additionally comprising the steps of using a model resulting from the process to simulate operation of the manufacturing plant, comparing predictions obtained with the simulation with observed manufacturing trends in the plant, and using the comparison to refine choice of fundamental rules and parameters.

3. The process of claim 1 in which the model has a set of fundamental rules including at least one of fabrication sequences, queues, scheduling rules, batching, set up times, yield, and reliability.

4. The process of claim 1 additionally comprising the step of grouping the machines in the plant by workstations, and in which the process steps are assigned to the machines by their workstations.

5. The process of claim 1 in which the manufacturing plant is one of a machine shop, a job shop, an integrated circuit fabrication plant, a semiconductor component assembly plant, a circuit-board fabrication plant, a circuit board assembly plant, a system assembly plant, or a hybrid circuit fabrication plant.

6. The process of claim 5 in which the manufacturing plant is an integrated circuit fabrication plant.

7. The process for modeling a manufacturing plant of claim 1 in which the definition of the manufacturing plant is used to choose a model on the basis of a match between dynamic characteristics of the model and of the manufacturing plant definition, and defining additional parameters of fundamental rules from production data of the manufacturing plant to give a validated model.

8. The process of claim 7 additionally comprising the steps of generating a manufacturing schedule for the plant including part movement and machine loadings, and using the manufacturing schedule to operate the plant.

9. The process of claim 7 additionally comprising the steps of using the model for control of the manufactur-

85

4,796,194

86

ing plant, including feed-back and feed-forward control of part movement, machine loadings and part processing.

10. The process of claim 9 additionally comprising the step of tracking production in the plant.

11. The process of claim 7 additionally comprising the step of using the model for determining computer, communication network and data base resource requirements.

12. The process of claim 7 in which the model is used for analysis of fabrication start-up.

13. The process of claim 7 in which the model is used for analysis of clearing accumulated inventory.

14. The process of claim 7 in which the model is used for analysis of inventory, cycle time and throughput trade-offs.

15. The process for modeling a manufacturing plant of claim 7 additionally comprising the step of determining the dynamic finite—loading capacity of the plant.

16. The process for modeling a manufacturing plant of claim 7 additionally comprising the step of automatically balancing allocation of part lots to the machines by choosing between dispatch and priority rules.

17. The process for modeling a manufacturing plant of claim 1 in which the fabrication sequences are dynamic, time-varying fabrication sequences.

18. A process for modeling a distributed manufacturing plant which has fabrication sequences consisting of process steps, in which a model describing actual operation of the plant is obtained, which comprises choosing a dynamic model for the plant from a group of specimen sequenced-dynamic-factory models, determining a set of parameters that describe the plant, describing a set of parameters in terms of data structures of the chosen model, the chosen factory-specific dynamic model containing descriptions of the dynamic interactions of part lots and machines in the plant, simulating the dynamic behavior of the plant using the chosen factory-specific dynamic model, comparing predictions obtained with the simulation using the model with observed manufacturing trends in the plant, and using the comparison to refine the model.

19. The process of claim 18 in which the dynamic model defines the plant in terms of its machines, products, fabrication sequences, collections of job sets, scheduling rules and machine reliability parameters.

20. The process of claim 18 in which the model has a set of fundamental rules including at least one rule for each of fabrication sequences, queues, scheduling, batching, set up times, yield, and reliability.

21. The process of claim 18 additionally comprising the step of grouping the machines in the plant by workstations, and in which the process steps are assigned to the machines by their workstations.

22. The process of claim 18 in which the manufacturing plant is one of a machine shop, a job shop, an integrated circuit fabrication plant, a semiconductor component assembly plant, a circuit-board fabrication plant, a circuit board assembly plant, a system assembly plant, or a hybrid circuit fabrication plant.

23. The process of claim 22 in which the manufacturing plant is an integrated circuit fabrication plant.

24. The process for modeling a manufacturing plant in which the definition of the manufacturing plant is used to choose a model on the basis of a match between dynamic characteristics of the model and of the manufacturing plant definition, and defining additional parameters of fundamental rules from production

data of the manufacturing plant to give a validated model.

25. The process of claim 24 additionally comprising the steps of generating a manufacturing schedule for the plant including part movement and machine loadings, and using the manufacturing schedule to operate the plant.

26. The process of claim 24 additionally comprising the steps of using the model for control of the manufacturing plant, including feed-back and feed-forward control of part movement, machine loadings and part processing.

27. The process of claim 26 additionally comprising the step of tracking production in the plant.

28. The process of claim 24 additionally comprising the step of using the model for determining computer, communication network and data base resource requirements.

29. The process of claim 24 in which the model is used for analysis of fabrication start-up.

30. The process of claim 24 in which the model is used for analysis of clearing accumulated inventory.

31. The process of claim 24 in which the model is used for analysis of inventory, cycle time and throughput trade-offs.

32. The process for modeling a distributed manufacturing plant of claim 18 additionally comprising the step of determining the dynamic finite—loading capacity of the plant.

33. The process for modeling a distributed manufacturing plant of claim 18 additionally comprising the step of automatically balancing allocation of part lots to the machines by choosing between dispatch and priority rules.

34. In a process for dynamic, real world modeling of a manufacturing plant including the steps of specifying machines in the manufacturing plant and defining lots of parts manufactured in the plant, the improvement which comprises defining dynamic fabrication sequences as an ordered sequence of process steps and an ordered sequence of product flow, both of which change in time as a result of manufacturing plant conditions.

35. The process for modeling a manufacturing plant in accordance with claim 34, further comprising the step of delineating a set of factory operating rules which define how part lots interact with machines in actual operation of the plant.

36. The process for modeling a manufacturing plant of claim 34, further comprising the steps of defining a yield model for determining a proportion of a predetermined number of parts successfully processed in the plant in accordance with the model of the manufacturing plant obtained with the process of claim 31.

37. The process for modeling a manufacturing plant of claim 36, further comprising the steps of defining a machine availability model for determining a proportion and distribution of time during operation of the plant that machines in the plant are unavailable for use.

38. The process for modeling a manufacturing plant of claim 37, further comprising the steps of establishing rules for defining batches for manufacturing the products in the plant, and using the rules to determine batches in operation of the plant.

39. The process for modeling a manufacturing plant of claim 38, further comprising the steps of providing rules for establishing set-up times for the machines in the manufacturing plant, and using the rules to determine set-up time in operation of the plant.

4,796,194

87

40. The process for modeling a manufacturing plant of claim 39, further comprising the steps of providing a queue structure and using the queue structure to classify parts during their manufacture in the plant.

41. The process for modeling a manufacturing plant of claim 40, further comprising the steps of establishing scheduling rules for operating the manufacturing plant and using the scheduling rules to determine an order in which to process the parts during their manufacture in the plant.

42. The process for modeling a manufacturing plant of claim 41 in which the scheduling rules are established by providing a data structure for each entity and its attributes in the model of the manufacturing plant obtained with the process, defining events which follow fundamental rules of the model, tracking changes in the model which take place as a result of events that occur, scheduling new events as the result of the changes, and sorting and ordering the resulting scheduled events.

43. The process of claim 42 in which the manufacturing plant is one of a machine shop, a job shop, an integrated circuit fabrication plant, a semiconductor component assembly plant, a circuit-board fabrication plant, a circuit board assembly plant, a system assembly plant, or a hybrid circuit fabrication plant.

44. The process of claim 43 in which the manufacturing plant is an integrated circuit fabrication plant.

45. The process for modeling a manufacturing plant of claim 34, further comprising the steps of establishing scheduled rules for operating the manufacturing plant and using the scheduling rules to determine an order in which to process the parts during their manufacture in the plant.

46. The process for modeling a manufacturing plant of claim 45 in which the scheduling rules are established by providing a data structure for each entity and its attributes in the model of the manufacturing plant obtained with the process, defining events which follow fundamental rules of the model, tracking changes in the model which take place as a result of events that occur, scheduling new events as the result of the changes, and sorting and ordering the resulting scheduled events.

47. The process for modeling a manufacturing plant of claim 34 in which the definition of the manufacturing plant is used to choose a model on the basis of a match between dynamic characteristics of the model and of the manufacturing plant definition, and defining addi-

88

tional parameters of fundamental rules from production data of the manufacturing plant to give a validated model.

48. The process of claim 47 additionally comprising the steps of generating a manufacturing schedule for the plant including part movement and machine loadings, and using the manufacturing schedule to operate the plant.

49. The process of claim 47 additionally comprising the steps of using the model for control of the manufacturing plant, including feed-back and feed-forward control of part movement, machine loadings and part processing.

50. The process of claim 49 additionally comprising the step of tracking production in the plant.

51. The process of claim 47 additionally comprising the step of using the model for determining computer, communication network and data base resource requirements.

52. The process of claim 47 in which the model is used for analysis of fabrication start-up.

53. The process of claim 47 in which the model is used for analysis of clearing accumulated inventory.

54. The process of claim 47 in which the model is used for analysis of inventory, cycle time and throughput trade-offs.

55. The process of claim 47 in which the manufacturing plant is one of a machine shop, a job shop, an integrated circuit fabrication plant, a semiconductor component assembly plant, a circuit-board fabrication plant, a circuit board assembly plant, a system assembly plant, or a hybrid circuit fabrication plant.

56. The process of claim 55 in which the manufacturing plant is an integrated circuit fabrication plant.

57. The process for dynamic, real world modeling of a manufacturing plant of claim 34 additionally comprising the step of determining the dynamic finite—loading capacity of the plant.

58. The process for dynamic, real world modeling of a manufacturing plant of claim 34 additionally comprising the step of automatically balancing allocation of part lots to the machines by choosing between dispatch and priority rules.

* * * * *

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED

MAR 16 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| INFORMATION TECHNOLOGY<br>INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 7121 |
| | ) | |
| vs. | ) | Judge Matthew F. Kennelly |
| | ) | |
| MOTOROLA, INC. and FREESCALE | ) | |
| SEMICONDUCTOR, INC., | ) | |
| Defendants. | ) | |

**ANSWER TO AMENDED COMPLAINT,
AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF MOTOROLA, INC.**

Defendant, Motorola, Inc. ("Motorola"), answers the Amended Complaint for Patent

Infringement of Information Technology Innovation, LLC ("ITI"), served March 2, 2005 on

Motorola, as follows:

1.      This is a claim for patent infringement arising under the patent laws of the United
States, Title 35, United States Code.  This Court has exclusive jurisdiction over the subject
matter under 28 U.S.C. § 1338(a).

**ANSWER:**

Motorola admits that ITI purports to state a claim over which this Court has jurisdiction

but denies any remaining allegations in this paragraph.

2.      Information Technology Innovation LLC ("ITI") is an Illinois limited liability
company with its principal place of business in Northbrook, Illinois.

**ANSWER:**

Motorola lacks knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations in this paragraph and, therefore, denies the same.

3.      ITI has standing to sue for infringement of the United States Patent No.
4,796,194, "Real World Modeling and Control Process" ("the '194 Patent").  That Patent is
Exhibit A to this Complaint.

CHI-1467368v1

**ANSWER:**

Motorola admits that a copy of the '194 Patent is attached as Exhibit A to the Amended

Complaint. Motorola lacks knowledge or information sufficient to form a belief as to the truth or

falsity of the remaining allegations in this paragraph and, therefore, denies the same.

4.      Motorola, Inc. is a corporation established under the laws of Delaware, with its
headquarters at 1303 East Algonquin Road, Schaumburg, Illinois.

**ANSWER:**

Admitted.

5.      Freescale Semiconductor, Inc. is a Delaware corporation that does business with
Motorola. Freescale has an office in Austin, Texas, and semiconductor fabrication factories in a
number of locations. According to its web site, Freescale distributes products through Arrow
Electronics in Itasca, Illinois; Avnet Electronics in Arlington Heights, Illinois; Newark InOne in
Lombard, Illinois; and Richardson Electronics in LaFox and Bensenville, Illinois.

**ANSWER:**

Motorola admits the first two sentences of this paragraph. Motorola lacks knowledge or

information sufficient to form a belief as to the truth or falsity of the remaining allegations in this

paragraph and, therefore, denies the same.

6.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

**ANSWER:**

Admitted.

7.      Motorola and Freescale have infringed the patent in suit through the application
and use of processes to model a semiconductor manufacturing plant covered by at least claims 1
and 18 of the '194 Patent.

**ANSWER:**

Motorola denies that it has infringed the patent in suit. Motorola lacks knowledge or

information sufficient to form a belief as to the truth or falsity of the remaining allegations in this

paragraph and, therefore, denies the same.

8.     The infringement has injured the plaintiff, and the plaintiff is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

**ANSWER:**

Denied.

9.     On information and belief, the infringement has been willful and deliberate and has injured and will continue to injure the plaintiff unless and until this Court enters an injunction prohibiting further infringement of the '194 Patent.

**ANSWER:**

Denied.

## AFFIRMATIVE DEFENSES

1.     Upon information and belief, the claims of the '194 Patent are invalid and unenforceable for failing to satisfy the conditions of patentability set forth in Title 35, United States Code, including §§ 102, 103 and 112 thereof.

2.     Upon information and belief, Motorola has not infringed any valid, enforceable claim of the '194 Patent, nor is it infringing any valid, enforceable claim of the '194 Patent.

3.     Upon information and belief, ITI is estopped from construing any valid, enforceable claim of the '194 Patent to cover or include, either literally or by application of the doctrine of equivalents, any product manufactured, used, imported, sold, and/or offered for sale by Motorola because of admissions and statements made to the United States Patent and Trademark Office ("PTO") during prosecution of the application leading to issuance of the '194 Patent.

4.     Upon information and belief, ITI is estopped from construing any valid, enforceable claim of the '194 Patent to cover or include, by application of the doctrine of equivalents, any product manufactured, used, imported, sold and/or offered for sale by Motorola because of narrowing amendments made to the PTO, for purposes of patentability, during the prosecution of the application leading to the issuance of the '194 Patent.

5.     ITI is not entitled to injunctive relief because the damage to ITI, if any, is not immediate or irreparable, and ITI has an adequate remedy at law.

6.     Upon information and belief, ITI has no ownership interest in the '194 Patent and lacks standing to sue for infringement of the same.

7.     Upon information and belief, ITI's claims are barred in whole or in part by the doctrines of estoppel, laches, and acquiescence.

8.     Upon information and belief, ITI's claims are limited in whole or in part by operation of 35 U.S.C. § 287.

## COUNTERCLAIM

Defendant-Counterplaintiff, Motorola, Inc. ("Motorola"), counterclaim against Plaintiff-Counterdefendant, Information Technology Innovation, LLC ("ITI"), as follows:

1.     Motorola is a Delaware corporation, having a principal place of business at 1303 East Algonquin Road, Schaumburg, Illinois  60196.

2.     ITI is the named plaintiff in this action and is an Illinois limited liability company.

3.     This Court has subject matter jurisdiction over this Counterclaim pursuant to 28 U.S.C. §§ 2201, 1331 and 1338 as it arises under an Act of Congress relating to patents, 35 U.S.C. §§ 1 et seq.

4.     By filing its Complaint, ITI has consented to the personal jurisdiction of this Court.

5.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(b).

## COUNT I

### DECLARATORY JUDGMENT FOR INVALIDITY AND NON-INFRINGEMENT OF U.S. PATENT NO. 4,796,194

6.     Motorola realleges and incorporate herein by reference Paragraphs 1 through 5 of this Counterclaim.

7.    United States Patent No. 4,796,194 ("the '194 Patent") was issued by the United States Patent and Trademark Office on January 3, 1989. ITI claims it has standing to sue for infringement of the '194 patent.

8.    ITI has asserted that Motorola infringes the '194 Patent.

9.    An actual controversy exists between the parties regarding the validity and infringement of the '194 Patent.

10.   Upon information and belief, the claims of the '194 Patent are invalid and unenforceable for failing to satisfy the conditions of patentability set forth in Title 35, United States Code, including §§ 102, 103 and 112 thereof.

11.   Upon information and belief, Motorola has not directly, contributorily, by inducement, or otherwise infringed any valid, enforceable claim of the '194 Patent, nor is it directly, contributorily, by inducement, or otherwise infringing any valid, enforceable claim of the '194 Patent.

**WHEREFORE, Motorola respectfully requests:**

A.    A declaratory judgment that the claims of U.S. Patent No. 4,796,194 are invalid;

B.    A declaratory judgment that Motorola does not infringe any valid, enforceable claim of U.S. Patent No. 4,796,194;

C.    An award of costs, expenses and reasonable attorneys' fees pursuant to 35 U.S.C. § 285 and all other applicable statutes, rules and common law;

D.    Dismissal of plaintiff's Complaint with prejudice; and

E.    Such other and further relief as the Court may deem just and proper.

March 16, 2005

Respectfully submitted,

MOTOROLA, INC.

By:_____

David L. Witcoff
Charles E. Juister
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Michael J. Newton
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Attorneys for Motorola, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney for Motorola, Inc. hereby certifies that, on March 16, 2005, a

copy of the foregoing Answer to Amended Complaint, Affirmative Defenses and Counterclaim

of Motorola, Inc. was served by U.S. mail, first class and postage-prepaid, upon:

    Raymond P. Niro, Esq.
    Joseph N. Hosteny, Esq.
    Arthur A. Gasey, Esq.
    William W. Flachsbart, Esq.
    NIRO, SCAVONE, HALLER AND NIRO
    181 West Madison Street, Suite 4600
    Chicago, Illinois  60602
    Telephone: (312) 236-0733

                                               Charles E. Juister

## CERTIFICATE OF SERVICE

The undersigned attorney for Freescale Semiconductor, Inc. hereby certifies that, on

April 11, 2005, a copy of the foregoing Third-Party Complaint of Freescale Semiconductor, Inc.

was served by U.S. mail, first class and postage-prepaid, upon:

Raymond P. Niro, Esq.
Joseph N. Hosteny, Esq.
Arthur A. Gasey, Esq.
William W. Flachsbart, Esq.
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone: (312) 236-0733

_____
Charles E. Juister